UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | )Criminal No. 04-10299-PBS |
| v. | ) |
| | )VIOLATIONS: |
| 1. Luz LUCIANO, | ) |
| a/k/a Chila, | )21 U.S.C. §846 - Conspiracy to |
| 2. Daniel AGUILAR, | )Possess with Intent to |
| a/k/a "Lik" | )Distribute Cocaine |
| 3. Roberto SOLORIO, | ) |
| 4. Ricardo ESTRADA, | )21 U.S.C. § 853 - Criminal |
| 5. Andres MARTINEZ, | )Forfeiture |
| a/k/a Castro Casimiro, | ) |
| a/k/a Joel Zequeira, | ) |
| 6. Jose ROSALES, | ) |
| a/k/a Tony, | ) |
| a/k/a Tono, | ) |
| a/k/a Joel Agostini, | ) |
| 7. Valentin MARTINEZ, | ) |
| a/k/a Valentin RIVERA, | ) |
| a/k/a "V", | ) |
| a/k/a Vale, | ) |
| 8. Kelvin MADERA, | ) |
| a/k/a Manolo LNU, | ) |
| a/k/a Manuel GERMOSEN, | ) |
| 9. Abdallah HAMDAN, | ) |
| 10. Ricardo MARTINEZ, | ) |
| a/k/a Chorizo, | ) |
| a/k/a Chori, | ) |
| 11. Howard GREENBERG, | ) |
| 12. EDGAR HOFFENS, | ) |
| a/k/a Carlos Colon Rivera,) | |
| a/k/a Tigueron, | ) |
| 13. Rogelio GARCIA, | ) |
| a/k/a Lacuilla, | ) |
| 14. Javier Angel Romero, | ) |
| a/k/a Ramon ACOSTA, | ) |
| 15. Cristian GERMOSEN, | ) |
| 16. Juan MARTINEZ, | ) |
| a/k/a Marcelino Cuevas, | ) |
| a/k/a Chon, | ) |
| 17. Gerardo Vasseur ORTIZ, | ) |
| a/k/a Scarface, | ) |
| 18. Phillip ASARO, | ) |
| 19. Silvestre LIZARDI, | ) |

2

```
20. Robert RUSCIO,                  )
21. Giovanni AVILA,                 )
        a/k/a Gio,                  )
        a/k/a the Painter,          )
22. Gilberto ZAYAS,                 )
        a/k/a Tony,                 )
23. Luis DEJESUS,                   )
        a/k/a Edgardo,              )
24. Benito GRULLON,                 )
        a/k/a "Quico"               )
```

**Defendants.**

### FIRST SUPERSEDING INDICTMENT

**COUNT ONE:**    (21 United States Code Section 846 - Conspiracy to Possess with Intent to Distribute Cocaine)

The Grand Jury charges that:

From an unknown date but at least by in or about January 2001 and continuing until on or about May 1, 2004 at Lynn, Danvers, Peabody, Salem, and elsewhere in the District of Massachusetts, at the Bronx and Manhattan in the Southern District of New York, at Mexico, and elsewhere,

```
        1. Luz LUCIANO,
            a/k/a Chila,
        2. Daniel AGUILAR,
            a/k/a "Lik"
        3. Roberto SOLORIO,
        4. Ricardo ESTRADA,
        5. Andres MARTINEZ,
        a/k/a Castro Casimiro,
        a/k/a Joel Zequeira,
        6. Jose ROSALES,
            a/k/a Tony,
            a/k/a Tono,
        a/k/a Joel Agostini,
        7. Valentin MARTINEZ,
        a/k/a Valentin RIVERA,
            a/k/a "V",
```

3

> a/k/a Vale,
> 8. Kelvin MADERA,
> a/k/a Manolo LNU,
> a/k/a Manuel GERMOSEN,
> 9. Abdallah HAMDAN,
> 10. Ricardo MARTINEZ,
> a/k/a Chorizo,
> a/k/a Chori,
> 11. Howard GREENBERG,
> 12. EDGAR HOFFENS,
> a/k/a Carlos Colon Rivera,
> a/k/a Tigueron,
> 13. Rogelio GARCIA,
> a/k/a Lacuilla,
> 14. Javier Angel Romero,
> a/k/a Ramon ACOSTA,
> 15. Cristian GERMOSEN,
> 16. Juan MARTINEZ,
> a/k/a Marcelino Cuevas,
> a/k/a Chon,
> 17. Gerardo Vasseur ORTIZ,
> a/k/a Scarface,
> 18. Phillip ASARO,
> 19. Silvestre LIZARDI,
> 20. Robert RUSCIO,
> 21. Giovanni AVILA,
> a/k/a Gio,
> a/k/a the Painter,
> 22. Gilberto ZAYAS,
> a/k/a Tony,
> 23. Luis DEJESUS,
> a/k/a Edgardo,
> 24. Benito GRULLON,
> a/k/a "Quico"

defendants herein, knowingly and intentionally combined,

conspired, and agreed with each other and with other persons

known and unknown to the Grand Jury, to possess with intent to

distribute and distribute cocaine, a Schedule II controlled

substance, in violation of Title 21, United States Code, Section

841(a)(1).

4

It is further alleged that the conspiracy involved five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A)(ii).

5

## DRUG FORFEITURE ALLEGATION

### (21 U.S.C. §853 -- Criminal Forfeiture)

The Grand Jury further charges that:

1.    As a result of committing one or more of the offenses

alleged in Count One of this indictment,

> 1. Luz LUCIANO,
>    a/k/a Chila,
> 2. Daniel AGUILAR,
>    a/k/a "Lik"
> 3. Roberto SOLORIO,
> 4. Ricardo ESTRADA,
> 5. Andres MARTINEZ,
> a/k/a Castro Casimiro,
> a/k/a Joel Zequeira,
>    6. Jose ROSALES,
>    a/k/a Tony,
>    a/k/a Tono,
> a/k/a Joel Agostini,
> 7. Valentin MARTINEZ,
> a/k/a Valentin RIVERA,
>    a/k/a "V",
>    a/k/a Vale,
>    8. Kelvin MADERA,
>    a/k/a Manolo LNU,
> a/k/a Manuel GERMOSEN,
>    9. Abdallah HAMDAN,
>    10. Ricardo MARTINEZ,
>    a/k/a Chorizo,
>    a/k/a Chori,
>    11. Howard GREENBERG,
>    12. EDGAR HOFFENS,
> a/k/a Carlos Colon Rivera,
>    a/k/a Tigueron,
>    13. Rogelio GARCIA,
>    a/k/a Lacuilla,
>    14. Javier Angel Romero,
>    a/k/a Ramon ACOSTA,
>    15. Cristian GERMOSEN,
>    16. Juan MARTINEZ,
> a/k/a Marcelino Cuevas,

6

a/k/a Chon,
17. Gerardo Vasseur ORTIZ,
a/k/a Scarface,
18. Phillip ASARO,
19. Silvestre LIZARDI,
20. Robert RUSCIO,
21. Giovanni AVILA,
a/k/a Gio,
a/k/a the Painter,
22. Gilberto ZAYAS,
a/k/a Tony,
23. Luis DEJESUS,
a/k/a Edgardo,
24. Benito GRULLON,
a/k/a "Quico"

defendants herein, shall forfeit to the United States, pursuant to
21 U.S.C. §853: (1) any and all property constituting or derived
from any proceeds the said defendant obtained directly or
indirectly as a result of the charged offense; and (2) any and all
property used or intended to be used in any manner or part to
commit and to facilitate the commission of the offense, including,
but not limited to, the following:

(a)   $1,150.00 in United States currency, seized from
      Giovanni Enrique Avila on or about May 1, 2004;

(b)   $19,000.00 in United States currency, seized from
      Giovanni's Auto Body, 892 Washington Street, Lynn,
      Massachusetts, on or about May 1, 2004;

(c)   a 2000 Freightliner Tractor Classic XL, Vehicle
      Identification   No.   1FUPCSEB9YDB42682,   and
      California License No. UP20575, registered in the
      name of Ricardo Estrada;

(d)   $21,042.00 in U.S. Currency, seized from 29 Hardy
      Avenue, Newburyport, Massachusetts, on or about May
      1, 2004;

(e)  $1,213.00 in U.S. Currency, seized from Silvester Lizardi, on or about May 1, 2004;

(f)  the real property and buildings located at 892-898 Washington Street, Lynn, Massachusetts, which contains a auto body shop commonly known as "Giovanni's European Auto Body," a/k/a "Giovanni's BMW Auto Body", with a Deed recorded at Book 12349, Page 135, of the Southern Essex County Registry of Deeds;

(g)  $6,000 in U.S. Currency, seized from Judith Collado and Ruth Saldivar on or about May 5, 2004;

(h)  $4,360 in U.S. Currency, seized from Valentin Martinez on or about May 1, 2004; and

(i)  $25,300 in U.S. Currency, seized from Phillip Asaro on or about May 1, 2004.

2.  If any of the above-described forfeitable properties, as a result of any act or omission of the defendants:

(a)  cannot be located upon the exercise of due diligence;

(b)  have been transferred or sold to, or deposited with, a third party;

(c)  have been placed beyond the jurisdiction of the Court;

(d)  have been substantially diminished in value; or

(e)  have been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. §853(p), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable properties, including, but not limited to, the following:

8

   (1)  the real property located at 88 Windsor Avenue, Swampscott, Massachusetts, including all buildings, appurtenances, and improvements thereon, with a Deed recorded at Book 23089, Page 204, of the Southern Essex County Registry of Deeds and Land Court Certificate No. 77407; and

   (2)  the real property located at 7A Buffum Street, Salem, Massachusetts, including all buildings, appurtenances, and improvements thereon, with a Deed recorded at Book 23089, Page 215, of the Southern Essex County Registry of Deeds.

All in violation of Title 21, United States Code, Section 853.

9

A TRUE BILL

FOREPERSON OF THE GRAND JURY

ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; October 6, 2004

Returned into the District Court by the Grand Jurors and
filed.

DEPUTY CLERK     2:07

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet                    U.S. District Court - District of Massachusetts

**Place of Offense:**           **Category No.**  II           **Investigating Agency**  DEA

**City**  Lynn                    **Related Case Information:**

**County**  Essex                 Superseding Ind./ Inf.  X           Case No.  04-10299 PBS
                                  Same Defendant  x           New Defendant
                                  Magistrate Judge Case Number  ▰▰▰▰▰▰
                                  Search Warrant Case Number  04-M-1720-1730
                                  R 20/R 40 from District of  _____

### Defendant Information:

**Defendant Name**  LUZ LUCIANO                    **Juvenile:**    ☐ Yes    X No

**Alias Name**  "Chila"

**Address**

**Birthdate:**  _____  SS # _____   **Sex:** FEM  **Race:** Hispanic     **Nationalit** Guatemala

**Defense Counsel if known:**   Michael Bourbeau, Esq.      **Address** 77 Central Street, Boston, MA

**Bar Number**

### U.S. Attorney Information:

**AUSA**  Robert L. Peabody.                   **Bar Number if applicable**  551936

**Interpreter:**    X Yes    No         **List language and/or dialect:**    Spanish

**Matter to be SEALED:**     Yes  X  ▰▰▰▰▰

      Warrant Requested        ▰▰▰▰▰▰▰         In Custody

### Location Status:

Arrest Date        5/01/04

   Already in Federal Custody as of  _____  in  _____

☐ Already in State Custody at ——————————  ☐ Serving Sentence    ☐ Awaiting Trial

X  On Pretrial Release:   Ordered by:   Mag. Judge Swartwood       on

**Charging Document:**      Complaint      ☐ Information       X Indictment

**Total # of Counts:**    ☐ Petty _____   ☐ Misdemeanor _____   X Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:  10/6/04           Signature of AUSA:  _Robert L. Peabody._

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    <u>LUZ LUCIANO</u>

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                          <u>U.S. District Court - District of Massachusetts</u>

**Place of Offense:**          **Category No.** <u>II</u> _____     **Investigating Agency** <u>DEA</u> _____

**City** <u>Lynn</u> _____          **Related Case Information:**

**County** <u>Essex</u> _____     Superseding Ind./ Inf. <u>X</u> _____     Case No. <u>04-10299 PBS</u>
                                     Same Defendant <u>x</u> _____     New Defendant _____
                                     Magistrate Judge Case Number ▆▆▆▆▆▆
                                     Search Warrant Case Number <u>04-M-1720-1730</u>
                                     R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  <u>DANIEL AGUILAR</u> _____          Juvenile:     ☐ Yes     X No

Alias Name  <u>"LIK"</u> _____

Address _____

Birthdate: _____ SS # _____   Sex: <u>MALE</u>  Race: <u>Hispanic</u> _____  Nationalit <u>Mexican</u>

**Defense Counsel if known:**   <u>Benjamin Entine, Esq.</u>     Address <u>77 Franklin Street, Boston, MA</u>

Bar Number  _____                              <u>617-357-0770</u>

**U.S. Attorney Information:**

AUSA  <u>Robert L. Peabody.</u> _____          Bar Number if applicable  <u>551930</u>

**Interpreter:**     X Yes     No          List language and/or dialect:     <u>Spanish</u>

**Matter to be SEALED:**     Yes ▆▆▆▆▆▆

     Warrant Requested          ☐ Regular Process          X In Custody

**Location Status:**

Arrest Date     <u>5/01/04</u> _____

X Already in Federal Custody as of _____ in  <u>Wyatt Detention, Central Falls, RI</u> .
☐ Already in State Custody at _____ ☐ Serving Sentence     ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**     Complaint     ☐ Information          X Indictment

**Total # of Counts:**     ☐ Petty _____ ☐ Misdemeanor _____ X Felony <u>1</u>

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.**

Date: <u>10/6/04</u> _____          Signature of AUSA: _Robert L. Peabody_

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    DANIEL AGUILAR

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet                     U.S. District Court - District of Massachusetts

**Place of Offense:**          Category No.  II_____          Investigating Agency  DEA_____

City   Lynn_____          **Related Case Information:**

County  Essex_____       Superseding Ind./ Inf.   X_____   Case No.  04-10299 PBS_____
                           Same Defendant     x_____   New Defendant _____
                           Magistrate Judge Case Number ▬▬▬▬▬_____
                           Search Warrant Case Number  04-M-1720 to 1730_____
                           R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   ROBERTO SOLORIO_____          Juvenile:     ☐ Yes     X  No

Alias Name _____

Address _____

Birthdate: _____ SS # _____   Sex:  MALE   Race:  Hispanic_____   Nationalit  Mexican_____

**Defense Counsel if known:**   Syrie Fried, Esq._____          Address  Federal Defender_____

Bar Number _____                              617-223-8061_____

**U.S. Attorney Information:**

AUSA   Robert L. Peabody._____          Bar Number if applicable   551936_____

**Interpreter:**     X  Yes     No          List language and/or dialect:     Spanish_____

**Matter to be SEALED:**     Yes  ▬▬▬▬▬

        Warrant Requested          ▬▬▬▬▬          In Custody

**Location Status:**

Arrest Date     5/01/04_____

    Already in Federal Custody as of _____ in _____

☐ Already in State Custody at ———————— ☐ Serving Sentence     ☐ Awaiting Trial

X  On Pretrial Release:   Ordered by:   Mag. Judge Swartwood_____   on _____

**Charging Document:**     Complaint     ☐ Information     X  Indictment

**Total # of Counts:**     ☐ Petty _____   ☐ Misdemeanor _____   X  Felony ___1___

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:  10/6/04_____          Signature of AUSA:   _Robert L. Peabody_

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    ROBERTO SOLORIO

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-solorio.wpd - 2/7/02

✎JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**  II          **Investigating Agency**  DEA

**City**  Lynn                 **Related Case Information:**

**County**  Essex              Superseding Ind./ Inf.    X          Case No.   04-10299 PBS
                               Same Defendant         x        New Defendant
                               Magistrate Judge Case Number
                               Search Warrant Case Number   04 M 1720- to 1730, 04-M 1738
                               R 20/R 40 from District of

**Defendant Information:**

Defendant Name   RICARDO ESTRADA                    Juvenile:    ☐ Yes    X  No

Alias Name

Address

Birthdate:          SS #          Sex:  MALE  Race:  Hispanic          Nationalit  Mexican

**Defense Counsel if known:**   Eliot Weinstein, Esq.        Address  228 Lewis Wharf

Bar Number                                              617-367-9334

**U.S. Attorney Information:**

AUSA   Robert L. Peabody.                    Bar Number if applicable    551936

**Interpreter:**    X  Yes    No          List language and/or dialect:    Spanish

**Matter to be SEALED:**        Yes  ████

        Warrant Requested          ☐  Regular Process          X  In Custody

**Location Status:**

Arrest Date

X  Already in Federal Custody as of                    Wyatt Detention, Central Falls, RI    .
☐  Already in State Custody at ————————  ☐ Serving Sentence    ☐ Awaiting Trial
☐  On Pretrial Release:   Ordered by:                    on

**Charging Document:**    Complaint    ☐ Information    X  Indictment

**Total # of Counts:**    ☐ Petty ————    ☐ Misdemeanor ————    X  Felony ——1——

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:  10/6/04          Signature of AUSA:   Robert H. Peabody

JS 45  (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    RICARDO ESTRADA _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**                **Category No.**  II _____        **Investigating Agency**   DEA _____

**City**   Lynn _____

**County**   Essex _____        **Related Case Information:**

Superseding Ind./ Inf.    X _____        **Case No.**   04-10299 PBS
Same Defendant _____        New Defendant    x _____
Magistrate Judge Case Number        ~~04-M-1696-CBS~~
Search Warrant Case Number    04-M-1720-to-1730 _____
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name**   ANDRES MARTINEZ _____        **Juvenile:**    ☐ Yes    X No

**Alias Name**   CASTRO CASIMIRO  AKA SACAIDA AKA JOEL ZEQUEIRA

**Address** _____

**Birthdate:** _____  **SS #**  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  **Sex:**  MALE  **Race:**  Hispanic _____  **Nationalit**  Mexican _____

**Defense Counsel if known:**   John Cicilline, Esq. _____        **Address**  381 Atwells Ave., Providence, RI

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA**   Robert L. Peabody. _____        **Bar Number if applicable**    551936 _____

**Interpreter:**    X  Yes        No        List language and/or dialect:        Spanish _____

**Matter to be SEALED:**        Yes    ████████

        Warrant Requested        ☐ Regular Process        X  In Custody

**Location Status:**

**Arrest Date**        5/1/2004 _____

X  Already in Federal Custody as of _____  in   Wyatt Detention, Central Falls, RI .
☐  Already in State Custody at _____  ☐ Serving Sentence        ☐ Awaiting Trial
☐  On Pretrial Release:    Ordered by: _____  on _____

**Charging Document:**        Complaint        ☐ Information        X  Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    X  Felony  1 _____

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:   10/5/04 _____        Signature of AUSA:   _Robert L. Peabody_

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    ANDRES MARTINEZ _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**          Category No.  **II**          **Investigating Agency**  **DEA**

**City**   Lynn

**County**  Essex

**Related Case Information:**

Superseding Ind./ Inf.   **X**          Case No.   04-10299 PBS
Same Defendant                          New Defendant  **x**
Magistrate Judge Case Number   ▓▓▓▓▓▓▓▓▓▓
Search Warrant Case Number   04-M-1720 to 1730
R 20/R 40 from District of

**Defendant Information:**

Defendant Name   **JOSE ROSALES**          Juvenile:   ☐ Yes    X No

Alias Name   TONY  AKA  TONO  AKA JOEL AGOSTINI

Address   88 NEWARK ST, LYNN MA

Birthdate: 5/10/76     SS # 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  Sex: **MALE** Race: Hispanic          Nationalit  Mexican

**Defense Counsel if known:**   Raymond A. O'Hara, Esq.          Address  1 Exchange Place., Worcester, MA

Bar Number

**U.S. Attorney Information:**

AUSA   Robert L. Peabody          Bar Number if applicable   551936

**Interpreter:**   X Yes   No          List language and/or dialect:          Spanish

**Matter to be SEALED:**          Yes  ▓▓▓▓▓▓

          Warrant Requested          ☐ Regular Process          X In Custody

**Location Status:**

Arrest Date   5/1/04

X Already in Federal Custody as of _____ in  Wyatt Detention, Central Falls, RI .
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on

**Charging Document:**          Complaint          ☐ Information          X Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   X☐ Felony ——1—

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:  10/6/04          Signature of AUSA:   _Robert L. Peabody_

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    JOSE ROSALES _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-rosales.wpd - 2/7/02

JS 45  (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**                  **Category No.**  II _____          **Investigating Agency**  DEA _____

**City**   Lynn _____        **Related Case Information:**

**County**   Essex _____       Superseding Ind./ Inf.   X _____     Case No.   04-10299 PBS
                                       Same Defendant _____ New Defendant  x _____
                                       Magistrate Judge Case Number ████████████
                                       Search Warrant Case Number   04-M-1720 to 1730
                                       R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   VALENTIN MARTINEZ _____   Juvenile:   ☐ Yes   X No

Alias Name   VALENTIN RIVERA

Address   108 JOHNSON STREET, LYNN, MA

Birthdate:  12/20/69 _____  SS #  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 _____  Sex:  MALE   Race:  Hispanic _____   Nationalit  Mexican _____

**Defense Counsel if known:**     Ronald Ian Segal, Esq. _____     Address  23 Central Ave., Lynn, MA

Bar Number   _____

**U.S. Attorney Information:**

AUSA   Robert L. Peabody. _____     Bar Number if applicable   551936

**Interpreter:**     X Yes    X No         List language and/or dialect:         Spanish

**Matter to be SEALED:**          Yes   ████ No

     Warrant Requested          ☐ Regular Process          x In Custody

**Location Status:**

Arrest Date      5/1/04 _____

x  Already in Federal Custody as of  _____  in   Wyatt Detention, Central Falls, RI _____ .
☐  Already in State Custody at _____  ☐ Serving Sentence   ☐ Awaiting Trial
☐  On Pretrial Release:   Ordered by: _____  on  _____

**Charging Document:**     Complaint     ☐ Information     X Indictment

**Total # of Counts:**     ☐ Petty _____     ☐ Misdemeanor _____     X☐ Felony ——1——

Continue on Page 2 for Entry of U.S.C. Citations

     I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

Date:   10/6/04 _____     Signature of AUSA:   Robert L. Peabody _____

JS 45 (5/97)   (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   <u>VALENTIN MARTINEZ</u>

### U.S.C. Citations

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

_____

js-45-valentin.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

**Place of Offense:**      **Category No.** __II__      **Investigating Agency** __DEA__

**City** __Lynn__      **Related Case Information:**

**County** __Essex__      Superseding Ind./ Inf. __X__     Case No. __04-10299 PBS__
Same Defendant _____    New Defendant __x__
Magistrate Judge Case Number ▓▓▓▓▓▓
Search Warrant Case Number __04-M-1720 to 1730__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __KELVIN MADERA__      Juvenile:    ☐ Yes    X No

Alias Name __MANOLO LNU__

Address __65 FREEMAN AVENUE, EVERETT, MA 02149__

Birthdate: __5/22/66__   SS # __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__   Sex: __MALE__   Race: __Hispanic__    Nationalit __Dominican__

**Defense Counsel if known:**     Steven Judge, Esq.     Address __23 Central Ave., Lynn, MA__

Bar Number _____

**U.S. Attorney Information:**

AUSA __Robert L. Peabody.__      Bar Number if applicable __551936__

**Interpreter:**    X Yes     No      List language and/or dialect:    __spanish__

**Matter to be SEALED:**      Yes   ▓▓▓▓▓ No

     Warrant Requested      ☐ Regular Process      X In Custody

**Location Status:**

Arrest Date    __5/1/04__

X Already in Federal Custody as of _____ in __Wyatt Detention, Central Falls, RI__ .
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**     Complaint     ☐ Information     X Indictment

**Total # of Counts:**     ☐ Petty ———— ☐ Misdemeanor ———— X☐ Felony —— 1 ——

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __10/6/04__      Signature of AUSA: _Robert L. Peabody._

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    KELVIN MADERA _____

## U.S.C. Citations

| <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

js-45-madera.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet                    U.S. District Court - District of Massachusetts

**Place of Offense:**         **Category No.** II          **Investigating Agency** DEA

**City** Lynn                    **Related Case Information:**

**County** Essex                 Superseding Ind./ Inf.   X                Case No.   04-10299 PBS
                                 Same Defendant                   New Defendant x
                                 Magistrate Judge Case Number
                                 Search Warrant Case Number     04-M-1720 to 1730
                                 R 20/R 40 from District of

### Defendant Information:

Defendant Name   ABDALLAH HAMDAN                    Juvenile:      ☐ Yes    X No

Alias Name

Address      10 ROOSEVELT ST METHUEN MA

Birthdate: 1/17/76     SS # 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  Sex: MALE  Race: Arabic          Nationalit Palestinian

**Defense Counsel if known:**     Melvin Norris, Esq.          Address 260 Boston Post Rd., Wayland, MA

Bar Number

### U.S. Attorney Information:

AUSA   Robert L. Peabody.                   Bar Number if applicable   551936

**Interpreter:**   ☐ Yes   X No        List language and/or dialect:

**Matter to be SEALED:**        Yes ~~No~~

        Warrant Requested          ☐ Regular Process        X In Custody

**Location Status:**

Arrest Date       5/1/04

X  Already in Federal Custody as of                   in   Wyatt Detention, Central Falls, RI   .
☐  Already in State Custody at ————————— ☐ Serving Sentence    ☐ Awaiting Trial
☐  On Pretrial Release:   Ordered by:                   on

**Charging Document:**      Complaint    ☐ Information       X Indictment

**Total # of Counts:**    ☐ Petty ————  ☐ Misdemeanor ————  ☐ X Felony ——1——

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date:  10/6/04          Signature of AUSA:   Robert L. Peabody.

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    ABDALLAH HAMDAN _____

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**         **U.S. District Court - District of Massachusetts**

**Place of Offense:**      Category No. __II__      **Investigating Agency** __DEA__

**City** __Lynn__      **Related Case Information:**

**County** __Essex__      Superseding Ind./ Inf. __X__    Case No. __04-10299 PBS__
Same Defendant _____ New Defendant __x__
Magistrate Judge Case Number _____
Search Warrant Case Number __04-M-1720 to 1730__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __RICARDO MARTINEZ__      Juvenile:   ☐ Yes   X No

Alias Name __CHORIZO__

Address __304 AMERICAN LEGION    REVERE, MA__

Birthdate: __4/1/74__    SS # __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__ Sex: __MALE__ Race: __Hispanic__    Nationalit __Mexican__

**Defense Counsel if known:** _____    Address _____

Bar Number _____

**U.S. Attorney Information:**

AUSA __Robert L. Peabody.__      Bar Number if applicable _____

**Interpreter:**   X Yes    No      List language and/or dialect:    __Spanish__

**Matter to be SEALED:**      Yes ~~X No~~

     Warrant Requested      ☐ Regular Process      In Custody

**Location Status:**

Arrest Date __FUGITIVE__

   Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty ——— ☐ Misdemeanor ——— X☐ Felony — 1 —

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __10/6/04__      Signature of AUSA: _Robert L. Peabody_

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    RICARDO MARTINEZ _____

### U.S.C. Citations

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-ricardo.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
| --- | --- |

**Place of Offense:**       **Category No.**  II _____       **Investigating Agency**   DEA _____

**City**   Lynn _____       **Related Case Information:**

**County**   Essex _____       Superseding Ind./ Inf.   X _____       Case No.   04-10299 PBS
Same Defendant _____       New Defendant   x _____
Magistrate Judge Case Number   ▮▮▮▮▮▮▮▮▮▮
Search Warrant Case Number   04-M-1720 to 1730 _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   HOWARD GREENBERG _____       Juvenile:       ☐ Yes   X No

Alias Name   HOWIE _____

Address   677 REVERE BEACH BLVD, REVERE, MA _____

Birthdate:  10/10/52 ___  SS #  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 ___  Sex:  MALE  Race:  white ___       Nationalit   USA _____

**Defense Counsel if known:**   Roger Witkin, Esq. _____       Address  6 Beacon St., Boston, MA _____

Bar Number _____       _____

**U.S. Attorney Information:**

AUSA   Robert L. Peabody. _____       Bar Number if applicable   551936 _____

**Interpreter:**   ☐ Yes   X No       List language and/or dialect: _____

**Matter to be SEALED:**       Yes   ▮▮▮▮▮▮

       Warrant Requested       X☐  Regular Process       In Custody

**Location Status:**

Arrest Date       5/1/04 _____

☐ Already in Federal Custody as of _____  in _____ .
☐ Already in State Custody at _____  ☐ Serving Sentence       ☐ Awaiting Trial
X On Pretrial Release:   Ordered by:   Mag. Judge Swartwood _____  on _____

**Charging Document:**       Complaint       ☐ Information       X Indictment

**Total # of Counts:**       ☐ Petty _____   ☐ Misdemeanor _____   ☐ X Felony————1————

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   10/6/04 _____       Signature of AUSA:   *Robert L. Peabody*

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    HOWARD GREENBERG _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                              **U.S. District Court - District of Massachusetts**

**Place of Offense:**           Category No.  _II_____          Investigating Agency  _DEA_____

**City**  _Lynn_____          **Related Case Information:**

**County**  _Essex_____          Superseding Ind./ Inf.   _X_____   Case No.   _04-10299 PBS_
                                      Same Defendant _____   New Defendant _x___
                                      Magistrate Judge Case Number   ▨▨▨▨▨▨▨
                                      Search Warrant Case Number  _04-M-1720 to 1730____
                                      R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name   _CARLOS  COLON-RIVERA_____   Juvenile:   ☐ Yes   X No

Alias Name   _TIGUERON_____

Address   _58 CAMPBELL ST , NEW BEDFORD, MA_____

Birthdate: _8/27/64___  SS # _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_  Sex: _MALE_  Race: _Hispanic_____  Nationality: _CostaRican____

**Defense Counsel if known:**   _John E. Wall, Esq._____   Address  _Boston, MA_____

Bar Number   _____

**U.S. Attorney Information:**

AUSA   _Robert L. Peabody._____   Bar Number if applicable   _551936_____

**Interpreter:**   X  Yes   No          List language and/or dialect:          _Spanish_____

**Matter to be SEALED:**          Yes  ▨▨▨▨▨▨

          Warrant Requested          X  Regular Process          In Custody

**Location Status:**

Arrest Date   _____

☐  Already in Federal Custody as of  _____ in  _____

☐  Already in State Custody at _____  ☐ Serving Sentence   ☐ Awaiting Trial

X  On Pretrial Release:   Ordered by:   _Mag. Judge Swartwood_   on  _____

**Charging Document:**          Complaint          ☐ Information          X  Indictment

**Total # of Counts:**   ☐ Petty ————   ☐ Misdemeanor ————   ☐X Felony ——1—

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.**

Date:   _10/6/04_____          Signature of AUSA:   _Robert Peabody_

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    CARLOS   COLON-RIVERA _____

### U.S.C. Citations

| __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

js-45-colon.wpd - 2/7/02

🔖JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

<u>**Criminal Case Cover Sheet**</u>                    <u>**U.S. District Court - District of Massachusetts**</u>

**Place of Offense:**          **Category No.** <u>II</u>          **Investigating Agency** <u>DEA</u>

**City** <u>Lynn</u>                    **Related Case Information:**

**County** <u>Essex</u>              Superseding Ind./ Inf. <u>X</u>          Case No. <u>04-10299 PBS</u>
                                     Same Defendant _____  New Defendant <u>x</u>
                                     Magistrate Judge Case Number ▮▮▮▮▮
                                     Search Warrant Case Number <u>04-M-1720 to 1730</u>
                                     R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name <u>ROGELIO GARCIA</u>          Juvenile:    ☐ Yes    X No

Alias Name          <u>LACUILLA</u>

Address          <u>85 WALNUT AVE., REVERE, MA</u>

Birthdate: <u>7/15/80</u>    SS # <u>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</u>  Sex: <u>MALE</u>  Race: <u>Hispanic</u>          Nationalit <u>USA</u>

**Defense Counsel if known:**    James H. Budreau, Esq.          Address <u>20 Park Plaza, Boston, MA</u>

Bar Number          _____

**U.S. Attorney Information:**

AUSA  <u>Robert L. Peabody.</u>                    Bar Number if applicable   <u>551936</u>

**Interpreter:**    ☐ Yes    X No          List language and/or dialect: _____

**Matter to be SEALED:**          Yes    ▮▮▮▮

          Warrant Requested          X☐ Regular Process          In Custody

**Location Status:**

Arrest Date          _____

   Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
X On Pretrial Release:    Ordered by:   <u>Mag. Judge Swartwood</u>    on _____

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty _____  ☐ Misdemeanor _____  ☐ X Felony — 1

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.**

Date: <u>10/6/04</u>          Signature of AUSA:   *Robert L. Peabody*

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   ROGELIO GARCIA _____

### U.S.C. Citations

| __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-garcia.wpd - 2/7/02

Y☙JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**        **U.S. District Court - District of Massachusetts**

**Place of Offense:**     **Category No.**   II      **Investigating Agency**   DEA

**City**   Lynn         **Related Case Information:**

**County**   Essex        Superseding Ind./ Inf.   X      Case No.   04-10299 PBS

Same Defendant        New Defendant   x

Magistrate Judge Case Number   ~~04-M-1685-CBS~~

Search Warrant Case Number   04-M-1720-to -1730

R 20/R 40 from District of

## Defendant Information:

Defendant Name   JAVIER ANGEL ROMERO      Juvenile:    ☐ Yes    X No

Alias Name    RAMON ACOSTA

Address    4 SHERMAN STREET, LYNN, MA

Birthdate:   3/15/64    SS #   000 00 0172   Sex:   MALE   Race:   Hispanic     Nationalit   Dominican

**Defense Counsel if known:**    Raymond Buso, Esq.     Address   15 Church St., Salem , MA

Bar Number

## U.S. Attorney Information:

AUSA   Robert L. Peabody.      Bar Number if applicable   551936

**Interpreter:**    X Yes    No     List language and/or dialect:    Spanish

**Matter to be SEALED:**    Yes   ~~No~~

    Warrant Requested     ☐ Regular Process      X In Custody

## Location Status:

Arrest Date     5/1/04

X Already in Federal Custody as of           in   Wyatt Detention, Central Falls, RI   .

☐ Already in State Custody at        ☐ Serving Sentence     ☐ Awaiting Trial

☐ On Pretrial Release:   Ordered by:        on

**Charging Document:**     Complaint    ☐ Information      X Indictment

**Total # of Counts:**    ☐ Petty  ———   ☐ Misdemeanor  ———   X Felony  —1—

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   10/6/04     Signature of AUSA:   *Robert L. Peabody*

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   JAVIER ANGEL ROMERO   AKA RAMON ACOSTA _____

### U.S.C. Citations

| | <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-acosta.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**            **Category No.** __II__            **Investigating Agency** __DEA__

**City** __Lynn__                    **Related Case Information:**

**County** __Essex__                    Superseding Ind./ Inf.    __X__            Case No. __04-10299 PBS__
                                        Same Defendant                    New Defendant __x__
                                        Magistrate Judge Case Number ~~██████████~~
                                        Search Warrant Case Number    __04-M-1720 to 1730__
                                        R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name    __CRISTIAN GERMOSEN__            Juvenile:        ☐ Yes    X No

Alias Name        _____

Address        __27 WARREN ST. NEWBURYPORT, MA__

Birthdate: __3/22/78__    SS # __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__  Sex: __MALE__  Race: __Hispanic__        Nationalit __Dominican__

**Defense Counsel if known:**        __Michael Hickey, Esq.__        Address __15 Church St., Salem, MA__

Bar Number        _____

**U.S. Attorney Information:**

AUSA    __Robert L. Peabody.__            Bar Number if applicable    __551936__

**Interpreter:**    X  Yes        No            List language and/or dialect:        __Spanish__

**Matter to be SEALED:**        Yes  ~~████████~~

        Warrant Requested        ☐ Regular Process        x  In Custody

**Location Status:**

Arrest Date        __5/1/04__

x  Already in Federal Custody as of _____ in   __Wyatt Detention, Central Falls, RI__  .
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
    On Pretrial Release:    Ordered by: _____ on  _____

**Charging Document:**        Complaint        ☐ Information        X Indictment

**Total # of Counts:**    ☐ Petty ——— ☐ Misdemeanor ——— ☐X Felony —— 1

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __10/6/04__        Signature of AUSA:    _Robert L. Peabody._

JS 45  (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    CRISTIAN GERMOSEN _____

**U.S.C. Citations**

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**          **U.S. District Court - District of Massachusetts**

**Place of Offense:**      **Category No.** __II__      **Investigating Agency** __DEA__

**City** __Lynn__

**County** __Essex__

**Related Case Information:**

Superseding Ind./ Inf. __X__     Case No. __04-10299 PBS__
Same Defendant        New Defendant __x__
Magistrate Judge Case Number ▮▮▮▮▮▮▮
Search Warrant Case Number __04-M-1720 to 1730__
R 20/R 40 from District of

**Defendant Information:**

Defendant Name __JUAN MARTINEZ__     Juvenile:    ☐ Yes    X No

Alias Name __MARCELINO CUEVAS  AKA CHON__

Address __22 PARK STREET, LYNN MA__

Birthdate: __5/21/68__ SS # __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__ Sex: __MALE__ Race: __Hispanic__ Nationalit __Mexican__

**Defense Counsel if known:**          Address

Bar Number

**U.S. Attorney Information:**

AUSA __Robert L. Peabody.__       Bar Number if applicable

**Interpreter:**    X Yes    No      List language and/or dialect:    __Spanish__

**Matter to be SEALED:**     Yes   ▮▮▮▮▮▮▮

       Warrant Requested     ☐ Regular Process       In Custody

**Location Status:**

Arrest Date      __FUGITIVE__

   Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at ——————— ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by: _____ on _____

**Charging Document:**     Complaint    ☐ Information     X Indictment

**Total # of Counts:**    ☐ Petty ———— ☐ Misdemeanor ———— ☐ X Felony ——— 1

Continue on Page 2 for Entry of U.S.C. Citations

    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __10/6/04__     Signature of AUSA: _Robert L. Peabody_

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    JUAN MARTINEZ _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**          **U.S. District Court - District of Massachusetts**

**Place of Offense:**      **Category No.** __II__      **Investigating Agency** __DEA__

**City** __Lynn__          **Related Case Information:**

**County** __Essex__      Superseding Ind./ Inf. __X__     Case No. __04-10299 PBS__
         Same Defendant _____ New Defendant __x__
         Magistrate Judge Case Number ~~04 M 1685 CBS~~
         Search Warrant Case Number __04 M-1720 to 1730__
         R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __GERARDO VASSEUR ORTIZ__    Juvenile:    ☐ Yes    X No

Alias Name __SCARFACE__

Address _____

Birthdate: __6/23/72__   SS # __000 00__   Sex: __MALE__ Race: __Hispanic__    Nationalit __Dominican__

**Defense Counsel if known:**    Richard M. Welch, Esq.    Address __80 Worcester St., No. Grafton, MA__

Bar Number _____

**U.S. Attorney Information:**

AUSA __Robert L. Peabody,__        Bar Number if applicable __551936__

**Interpreter:**    X Yes    No      List language and/or dialect:    __Spanish__

**Matter to be SEALED:**      Yes   X ████████

     Warrant Requested      ☐ Regular Process      X In Custody

**Location Status:**

Arrest Date    __5/1/04__

X Already in Federal Custody as of _____ in __Wyatt Detention, Central Falls, RI__ .
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**      Complaint      ☐ Information      X Indictment

**Total # of Counts:**    ☐ Petty ——— ☐ Misdemeanor ——— X☐ Felony —1—

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __10/6/04__      Signature of AUSA: _Robert L. Peabody_ .

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    GERARDO VASSEUR ORTIZ_____

**U.S.C. Citations**

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-ORTIZ.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** II          **Investigating Agency** DEA

**City**  Lynn                  **Related Case Information:**

**County**  Essex              Superseding Ind./ Inf.  X                 Case No.  04-10299 PBS
                               Same Defendant                New Defendant  x
                               Magistrate Judge Case Number
                               Search Warrant Case Number  04-M-1720-to-1730
                               R 20/R 40 from District of

**Defendant Information:**

Defendant Name  PHILLIP ASARO                    Juvenile:        ☐ Yes     X No

Alias Name

Address  238 SCHOOL STREET, SOMERVILLE, MA

Birthdate:  8/22/73      SS #  000 00 5581   Sex:  MALE  Race:  White            Nationalit  USA

**Defense Counsel if known:**      Kirk Y. Griffin, Esq.        Address  50 Staniford St., Boston,

Bar Number

**U.S. Attorney Information:**

AUSA  Robert L. Peabody.                    Bar Number if applicable    551936

**Interpreter:**      ☐ Yes    X No          List language and/or dialect:

**Matter to be SEALED:**        Yes  ~~No~~

      Warrant Requested        X  Regular Process          In Custody

**Location Status:**

Arrest Date        5/1/04

      Already in Federal Custody as of                    in
☐ Already in State Custody at                  ☐ Serving Sentence    ☐ Awaiting Trial
X On Pretrial Release:    Ordered by:    Mag. Judge Swartwood      on

**Charging Document:**        Complaint      ☐ Information      X Indictment

**Total # of Counts:**    ☐ Petty          ☐ Misdemeanor          X Felony

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date:  10/6/04          Signature of AUSA:  _Robert L. Peabody_

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     PHILLIP ASARO _____

### U.S.C. Citations

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

_____

js-45asaro.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**                 **Category No.** __II__          **Investigating Agency** __DEA__

**City** __Lynn__                      **Related Case Information:**

**County** __Essex__                  Superseding Ind./ Inf. __X_____ Case No. __04-10299 PBS__
                                      Same Defendant _____ New Defendant _____
                                      Magistrate Judge Case Number __04-M-1685 CBS__
                                      Search Warrant Case Number __04- M-1720 to 1730__
                                      R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __SILVESTRE LIZARDI_____          Juvenile:      ☐ Yes    X No

Alias Name _____

Address __29 HARDY STREET, NEWBURYPORT, MA__

Birthdate: __12/31/80__   SS # __000 00 3844__  Sex: __MALE__  Race: __Hispanic__      Nationalit __Mexican__

**Defense Counsel if known:**      Michael R. Schneider, Esq.        Address 95 Commercial Wf. Boston, MA

Bar Number _____

**U.S. Attorney Information:**

AUSA __Robert L. Peabody._____      Bar Number if applicable __551936__

**Interpreter:**    X Yes    No          List language and/or dialect:        Spanish

**Matter to be SEALED:**        Yes    ~~No~~

         Warrant Requested          X Regular Process          In Custody

**Location Status:**

Arrest Date      __5/1/04__

     Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
X On Pretrial Release:    Ordered by:   __Mag. Judge Swartwood__   on _____

**Charging Document:**        Complaint        ☐ Information        X Indictment

**Total # of Counts:**     ☐ Petty ———— ☐ Misdemeanor ———— ☐ X Felony —— 1

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __10/6/04__          Signature of AUSA:    _Robert L. Peabody_

JS 45  (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**     SILVESTRE LIZARDI _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

js-45-lizardi.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                          **U.S. District Court - District of Massachusetts**

**Place of Offense:**                    Category No.  II                Investigating Agency    DEA

**City**    Lynn                         **Related Case Information:**

**County**    Essex                      Superseding Ind./ Inf.    X                Case No.    04-10299 PBS
                                         Same Defendant    x                New Defendant   x
                                         Magistrate Judge Case Number
                                         Search Warrant Case Number    04-M-1720  to  1730
                                         R 20/R 40 from District of

**Defendant Information:**

Defendant Name    ROBERT V. RUSCIO                          Juvenile:        ☐ Yes    X No

Alias Name

Address    286 NEWBURY ST., PEABODY, MA

Birthdate:  7/15/51    SS #  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   Sex:  MALE   Race:  White                Nationalit   USA

**Defense Counsel if known:**        Edward L. Hayden, Esq.        Address  7 Franklin St., Lynn, MA

Bar Number

**U.S. Attorney Information:**

AUSA    Robert L. Peabody.                          Bar Number if applicable    551936

**Interpreter:**    ☐ Yes    X No        List language and/or dialect:

**Matter to be SEALED:**        Yes    ~~X No~~

   \ Warrant Requested          X☐  Regular Process            In Custody

**Location Status:**

Arrest Date

   Already in Federal Custody as of                    in

☐ Already in State Custody at ————————— ☐ Serving Sentence        ☐ Awaiting Trial

X On Pretrial Release:  Ordered by:    Mag. Judge Swartwood        on

**Charging Document:**        Complaint        ☐ Information        X Indictment

**Total # of Counts:**    ☐ Petty ———— ☐ Misdemeanor        X☐ Felony ———|———

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:    10/6/04        Signature of AUSA:    Robert L. Peabody

JS 45  (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    ROBERT V. RUSCIO _____

**U.S.C. Citations**

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

_____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**           **U.S. District Court - District of Massachusetts**

**Place of Offense:**        **Category No.**  II       **Investigating Agency**   DEA

**City**   Lynn

**County**   Essex

**Related Case Information:**

Superseding Ind./ Inf.    X      Case No.   04-10299 PBS
Same Defendant           New Defendant   x
Magistrate Judge Case Number   ▮▮▮▮▮▮▮▮▮▮
Search Warrant Case Number   04-M-1720 -to- 1730
R 20/R 40 from District of

**Defendant Information:**

Defendant Name   GIOVANNI AVILA       Juvenile:   ☐ Yes   X No

Alias Name   THE PAINTER

Address   892 WASHINGTON STREET APT., LYNN, MA

Birthdate: 4/25/62   SS # 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   Sex: MALE   Race: Hispanic     Nationalit Costa Rican

**Defense Counsel if known:**    Michael F. Natola, Esq.     Address Boston, MA

Bar Number

**U.S. Attorney Information:**

AUSA   Robert L. Peabody.       Bar Number if applicable   551936

**Interpreter:**    X Yes    No      List language and/or dialect:    Spanish

**Matter to be SEALED:**      Yes   ▮▮▮▮NO▮

    Warrant Requested      X Regular Process      In Custody

**Location Status:**

Arrest Date     5/1/04

   Already in Federal Custody as of          in
☐ Already in State Custody at ———————— ☐ Serving Sentence    ☐ Awaiting Trial
X On Pretrial Release:   Ordered by:   Mag. Judge Swartwood    on

**Charging Document:**     Complaint    ☐ Information     X Indictment

**Total # of Counts:**    ☐ Petty ——— ☐ Misdemeanor ——— ☐X Felony —1—

Continue on Page 2 for Entry of U.S.C. Citations

   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   10/6/04      Signature of AUSA:   _Robert L. Peabody_

JS 45  (5/97)   (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    GIOVANNI AVILA _____

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-avila.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

**Place of Offense:**     **Category No.** __II____    **Investigating Agency** __DEA__

**City** __Lynn__     **Related Case Information:**

**County** __Essex__    Superseding Ind./ Inf. __X__    Case No. __04-10299 PBS__
      Same Defendant      New Defendant __x__
      Magistrate Judge Case Number __04-M-1685 CBS__
      Search Warrant Case Number __04-M-1720 to 1730__
      R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** __GILBERTO ZAYAS__    Juvenile:   ☐ Yes   X No

**Alias Name** __Tony__

**Address** __39 FAYETTE STREET, APT #1, LYNN, MA 01902-2346__

**Birthdate:** __08/05/73__   SS # __583415419__   Sex: __MALE__ Race: __Hispanic__   Nationalit __Dominican__

**Defense Counsel if known:** __Raymond E. Gillespie, Esq.__   Address __875 Mass. Ave., Cambridge, MA__

Bar Number _____

**U.S. Attorney Information:**

**AUSA** __Robert L. Peabody,__    Bar Number if applicable __551936__

**Interpreter:**   X Yes    No    List language and/or dialect:   __Spanish__

**Matter to be SEALED:**    Yes ▓▓▓▓

     Warrant Requested    ☐ Regular Process    x In Custody

**Location Status:**

Arrest Date __5/1/04__

x Already in Federal Custody as of _____ in __Wyatt Detention, Central Falls, RI__ .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**   ☐ Petty ———   ☐ Misdemeanor ———   ☐X Felony —1—

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __10/6/04__    Signature of AUSA: _Robert L. Peabody._

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    GILBERTO ZAYAS, aka Tony _____

### U.S.C. Citations

| __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-zayas.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** II          **Investigating Agency** DEA

**City** Lynn                  **Related Case Information:**

**County** Essex               Superseding Ind./ Inf.    X          Case No.   04-10299 PBS
                               Same Defendant                 New Defendant  x
                               Magistrate Judge Case Number   ~~04-M-1685 CBS~~
                               Search Warrant Case Number     04-M-1720 to 1730
                               R 20/R 40 from District of

**Defendant Information:**

Defendant Name    LUIS DEJESUS                     Juvenile:        ☐ Yes    X No

Alias Name        Edgardo

Address           107 MARIANNA STREET, APT. #1, LYNN, MA

Birthdate: 11/01/66    SS # 583312821    Sex: MALE    Race: Hispanic        Nationalit Dominican

**Defense Counsel if known:**      John W. Laymon, Esq.          Address 40 Court St., Boston, MA

Bar Number

**U.S. Attorney Information:**

AUSA    Robert L. Peabody.                   Bar Number if applicable    551936

**Interpreter:**    X Yes    No          List language and/or dialect:        Spanish

**Matter to be SEALED:**      Yes    ~~X No~~

       Warrant Requested        ☐ Regular Process          X In Custody

**Location Status:**

Arrest Date        5/1/04

X Already in Federal Custody as of _____ in    Wyatt Detention, Central Falls, RI    .
☐ Already in State Custody at _____    ☐ Serving Sentence        ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____    on _____

**Charging Document:**      Complaint     ☐ Information          X Indictment

**Total # of Counts:**    ☐ Petty      ☐ Misdemeanor          ☐X Felony      1

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:    10/6/04          Signature of AUSA:    Robert L. Peabody

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    LUIS DEJESUS, aka Edgardo _____

### U.S.C. Citations

| <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-dejesus.wpd - 2/7/02

YS JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet                          U.S. District Court - District of Massachusetts

**Place of Offense:**                  Category No.  II_____      Investigating Agency  DEA_____

**City**  Lynn_____                **Related Case Information:**

**County**  Essex_____    Superseding Ind./ Inf.  X_____    Case No.  04-10299 PBS
                             Same Defendant _____    New Defendant  x_____
                             Magistrate Judge Case Number  04-M_____
                             Search Warrant Case Number  04- M 1720 to 1730
                             R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  BENITO GRULLON_____        Juvenile:    ☐ Yes    X No

Alias Name _____

Address _____

Birthdate: _____ SS # _____ Sex:  MALE  Race:  Hispanic_____  Nationalit  Dominican_____

**Defense Counsel if known:**  Ron Ian Segal, Esq..        Address  23 Central Ave., Lynn, MA

Bar Number _____

**U.S. Attorney Information:**

AUSA  Robert L. Peabody._____        Bar Number if applicable  551936_____

**Interpreter:**    X  Yes    No        List language and/or dialect:    Spanish_____

**Matter to be SEALED:**    Yes  ████████

     Warrant Requested        X  Regular Process        In Custody

**Location Status:**

Arrest Date  5/1/04_____

X  Already in Federal Custody as of _____ in _____
☐ Already in State Custody at ———— ☐ Serving Sentence  ☐ Awaiting Trial
X  On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**  ☐ Petty ——— ☐ Misdemeanor ——— X Felony —|—

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:  10/6/04_____    Signature of AUSA:  _Robert L. Peabody_

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   BENITO GRULLON _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-grulle.wpd - 2/7/02