UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * *
                               *
                               *
UNITED STATES OF AMERICA       *
                               *
                               *
         v.                    *    Indictment No. 04 10299 PBS
                               *
                               *
PHILIP ASARO, et.al.           *
                               *
                               *
* * * * * * * * * * * * * * * *
```

### DEFENDANT'S SECOND MOTION FOR
### MODIFICATION OF BAIL CONDITIONS
### (ASSENTED TO)

The defendant, Phillip Asaro, in the above-captioned cause respectfully moves that the court again modify the terms and conditions of his current bail provisions. Previously before the court by way of complaint (Docket No. 04-1685-CBS), the terms were first modified by an assented-to motion dated June 8, 2004.

And as reasons therefore, the defendant represents to the court that:

(01)   On May 11, 2004, the defendant was released on bail pursuant to an **Order Setting Conditions of Release** (Swartwood, USMJ) and has fully complied without adverse incident as to all conditions.

1

(02)     The defendant is permitted, **inter alia**, to leave Massachusetts to gamble at the Foxwoods Resort and Casino in Connecticut.

(03)     The defendant participated in a $100,000 invitational blackjack tournament at Foxwoods in mid-October, finishing as a semi-finalist.

(04)     As a result of that outcome, he has qualified for and been invited to participate in a $150,000 invitational blackjack tournament to be held at the Atlantis Casino in Paradise Island in the Bahamas. Tournament registration is Friday, November 12th from 6 p.m. to 9 p.m., and tournament play begins November 13th.

(05)     Undersigned counsel has conferred with AUSA Robert L. Peabody regarding this requested modification, which would require the temporary return of the defendant's passport, and is authorized to report that Mr. Peabody has no objection to the allowance of the requested modification.

(06)     Undersigned counsel has also conferred with pre-trial services officer Basil F. Cronin regarding the requested modification. Mr. Cronin is the custodian of the defendant's passport, and also has no objection to the allowance of the

requested modification.

(07)   The defendant will return to Boston as soon as practicable after he is no longer a tournament contestant and again surrender his passport to Mr. Cronin.

WHEREFORE, the defendant respectfully moves that

- A. the conditions of his bail be modified to permit travel to Paradise Island in the Bahamas to participate in the above-referenced tournament;

- B. his passport be temporarily returned to him for the limited purpose of that trip, and;

- C. such other and further conditions as the court may require not inconsistent with the modification request.

PHILIP ASARO
By his attorney,

Kirk Y. Griffin
50 Staniford Street
Boston, MA 02114

DATED: November 5, 2004        617.367.0966

3

ASSENTED TO:

*/s/ Robert L. Peabody/*

AUSA Robert L. Peabody
Office of the United States Attorney
U.S. Courthouse (Suite 9200)
1 Courthouse Way
Boston, MA 02110

617.748.3240

*/s/ Basil F. Cronin/*

Basil F. Cronin
U.S. Pretrial Services Officer
U.S. Courthouse (Suite 1-300)
1 Courthouse Way
Boston, MA 02110

617.748.9213


**CERTIFICATE OF SERVICE**

I, Kirk Y. Griffin, do hereby certify that on November 5, 2004, I caused to be delivered by postage prepaid first-class mail a copy of the within pleading to a counsel of record for the United States,

                        AUSA Robert L. Peabody
                        Office of the United States Attorney
                        U.S. Courthouse (Suite 9200)
                        1 Courthouse Way
                        Boston, MA 02210

and to:                Pretrial Services Officer Basil F. Cronin
                        U.S. Pretrial Services
                        U.S. Courthouse (Suite 1-300)
                        1 Courthouse Way
                        Boston, MA 02210

                                                      Kirk Y. Griffin