JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)                                                                                          4

**Criminal Case Cover Sheet**                                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**              **Category No.**  II                        **Investigating Agency**   DEA

**City**   Lynn                         **Related Case Information:**

**County**   Essex                     Superseding Ind./ Inf.   X              Case No.   04-10299 PBS
                                       Same Defendant   x              New Defendant
                                       Magistrate Judge Case Number   M 04-1732- CBS
                                       Search Warrant Case Number   04 M 1720- to 1730, 04-M 1738
                                       R 20/R 40 from District of

**Defendant Information:**

Defendant Name   RICARDO MANUEL ESTRADA                     Juvenile:        ☐ Yes     X No

Alias Name

Address

Birthdate:              SS #              Sex:  MALE  Race:  Hispanic              Nationalit  Mexican

**Defense Counsel if known:**      Eliot Weinstein, Esq.        Address  228 Lewis Wharf

Bar Number                                                        617-367-9334

**U.S. Attorney Information:**

AUSA   Neil Gallagher                                Bar Number if applicable

**Interpreter:**        X  Yes       No          List language and/or dialect:       Spanish

**Matter to be SEALED:**        Yes   X   No

        Warrant Requested          ☐ Regular Process          X  In Custody

**Location Status:**

Arrest Date

X  Already in Federal Custody as of                             Wyatt Detention, Central Falls, RI  .
☐ Already in State Custody at                    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by:                    on

**Charging Document:**        Complaint        ☐ Information        X  Indictment

**Total # of Counts:**        ☐ Petty            ☐ Misdemeanor            X Felony      2

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   3/23/05                Signature of AUSA:

JS 45  (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    RICARDO MANUEL ESTRADA _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2   21 USC 841 | POSS. WITH INTENT DIST. 5K OF COCAINE | 9 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-lestradawpd.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                                   **U.S. District Court - District of Massachusetts**

**Place of Offense:**                    **Category No.** __II__              **Investigating Agency** __DEA__

**City**  __Lynn__                        **Related Case Information:**

**County**  __Essex__                     Superseding Ind./ Inf.  __X__              Case No. __04-10299 PBS__
                                          Same Defendant _____  New Defendant _____
                                          Magistrate Judge Case Number __04-M-1685 CBS__
                                          Search Warrant Case Number __04-M-1720-to-1730__
                                          R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  __ANDRES MARTINEZ-ACEVEZ__              Juvenile:    ☐ Yes    X No

Alias Name   __"Samuel Linares"; "Castro Casimiro"; "Joel Zequeira"; "Zequeira"; "El Viejo"__

Address _____

Birthdate: _____ SS # __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__ Sex: __MALE__ Race: __Hispanic__    Nationalit __Mexican__

**Defense Counsel if known:**     John Cicilline, Esq.        Address __381 Atwells Ave., Providence, RI__

Bar Number  _____

**U.S. Attorney Information:**

AUSA  __Neil Gallagher__                      Bar Number if applicable _____

**Interpreter:**    X Yes    No          List language and/or dialect:    __Spanish__

**Matter to be SEALED:**      Yes   X   No

        Warrant Requested          ☐ Regular Process          X In Custody

**Location Status:**

Arrest Date      __5/1/2004__

X Already in Federal Custody as of _____ in  __Wyatt Detention, Central Falls, RI__ .
☐ Already in State Custody at _____  ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**     Complaint       ☐ Information        X Indictment

**Total # of Counts:**    ☐ Petty ———    ☐ Misdemeanor ———   X Felony ——__2__——

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __~~10/5/04~~  3/23/05__    Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**    (To be filled in by deputy clerk): _____

**Name of Defendant**    ANDRES MARTINEZ-ACEVEZ, a/k/a "Samuel Linares"; "Castro Casimiro"; "Joel Zequeira"; "Zequeira"; "El Viejo"

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | POSS. WITH INTENT DIST. 5K OF COCAINE | 9 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-andres.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**     **Category No.** II       **Investigating Agency** DEA

**City** Lynn

**County** Essex

**Related Case Information:**

Superseding Ind./ Inf.   X       Case No.   04-10299 PBS
Same Defendant   x       New Defendant
Magistrate Judge Case Number     04-M-1685 CBS
Search Warrant Case Number     04-M-1720 to 1730
R 20/R 40 from District of

**Defendant Information:**

Defendant Name   JOSE ROSALES       Juvenile:     ☐ Yes   X No

Alias Name   TONY  AKA TONO  AKA JOEL AGOSTINI AKA JOSE ABREU

Address   88 NEWARK ST, LYNN MA

Birthdate: 5/10/76   SS # 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  Sex:  MALE  Race: Hispanic       Nationalit Mexican

**Defense Counsel if known:**     Raymond A. O'Hara, Esq.     Address 1 Exchange Place., Worcester, MA

Bar Number

**U.S. Attorney Information:**

AUSA                             Bar Number if applicable

**Interpreter:**     X Yes     No     List language and/or dialect:     Spanish

**Matter to be SEALED:**     Yes  X  No

     Warrant Requested     ☐ Regular Process     X In Custody

**Location Status:**

Arrest Date     5/1/04

X Already in Federal Custody as of           in   Wyatt Detention, Central Falls, RI  .
☐ Already in State Custody at ———————— ☐ Serving Sentence     ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:           on

**Charging Document:**     Complaint     ☐ Information     X Indictment

**Total # of Counts:**     ☐ Petty ——— ☐ Misdemeanor ——— X☐ Felony — 4

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:  3/23/05           Signature of AUSA:

JS 45  (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**    (To be filled in by deputy clerk):    _____

**Name of Defendant**    JOSE ROSALES, a/k/a "Tony"; "Tono"; "Joel Agostini"; "Jose Abreu"

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | DISTRIBUTION OF COCAINE | 3, 4, 5 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**  _____

_____

_____

_____

js-45-rosales.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet          U.S. District Court - District of Massachusetts

**Place of Offense:**          Category No.   II          Investigating Agency   DEA

City   Lynn                    **Related Case Information:**

County   Essex                 Superseding Ind./ Inf.   X          Case No.   04-10299 PBS
                               Same Defendant   x          New Defendant
                               Magistrate Judge Case Number   04-M-1685 CBS
                               Search Warrant Case Number   04-M-1720 to 1730
                               R 20/R 40 from District of

**Defendant Information:**

Defendant Name   VALENTIN MARTINEZ          Juvenile:   ☐ Yes   X No

Alias Name   VALENTIN RIVERA AKA V AKA VALE

Address   108 JOHNSON STREET, LYNN, MA

Birthdate: 12/20/69   SS # 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   Sex: MALE   Race: Hispanic          Nationalit Mexican

**Defense Counsel if known:**   Ronald Ian Segal, Esq.          Address 23 Central Ave., Lynn, MA

Bar Number

**U.S. Attorney Information:**

AUSA   Neil Gallagher          Bar Number if applicable

**Interpreter:**   X Yes   X No          List language and/or dialect:   Spanish

**Matter to be SEALED:**          Yes   X No

      Warrant Requested          ☐ Regular Process          x In Custody

**Location Status:**

Arrest Date          5/1/04

x  Already in Federal Custody as of                    in   Wyatt Detention, Central Falls, RI   .
☐  Already in State Custody at                    ☐ Serving Sentence          ☐ Awaiting Trial
☐  On Pretrial Release:   Ordered by:                    on

**Charging Document:**          Complaint          ☐ Information          X Indictment

**Total # of Counts:**          ☐ Petty ———          ☐ Misdemeanor ———          X☐ Felony —— 3

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   3/23/05          Signature of AUSA:

JS 45  (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    VALENTIN MARTINEZ AKA VALENTIN RIVERA; V; VALE

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | DIST. OF 5K COCAINE | 6 |
| Set 3 | 18 USC 924 | POSS. OF FIREARM | 7 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-valentin.wpd - 2/7/02

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**        **U.S. District Court - District of Massachusetts**

**Place of Offense:** __MA__     **Category No.** _____    **Investigating Agency** __DEA/MSP__

**City** __Lynn/Peabody__      **Related Case Information:**

**County**   __Essex__      Superseding Ind./ Inf.   __X__     Case No.    __04-10299-PBS__
     Same Defendant     __x__      New Defendant _____
     Magistrate Judge Case Number    __04-m-1685-CBS__
     Search Warrant Case Number    __04-m-1720 to 1730__
     R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   __MANUEL GERMOSEN__      Juvenile   ☐ Yes   ☒ No

Alias Name    __Kelvin Madera, Manolo__

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex __M__ Race: __Hispanic__ Nationality: __Dom Rep__

**Defense Counsel if known:**    __Steven Judge__     **Address:** **23 Central Ave., #605**
                                     **Lynn, MA 01902**

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**   __Neil Gallagher__       **Bar Number if applicable** _____

**Interpreter:**   ☒ Yes ☐ No     **List language and/or dialect:**    __Spanish__

**Matter to be SEALED:**    ☐ Yes   ☒ No

     ☐ **Warrant Requested**      ☐ **Regular Process**      ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☒ **Already in Federal Custody as**   __May 1, 2005__    **in**   __Plymouth County__ .
☐ **Already in State Custody** _____   ☐ **Serving Sentence**   ☐ **Awaiting Trial**
☐ **On Pretrial Release:**   **Ordered by** _____ **on** _____

**Charging Document:**    ☐ **Complaint**     ☐ **Information**     ☒ **Indictment**

**Total # of Counts:**    ☐ **Petty** _____ ☐ **Misdemeanor** _____ ☒ **Felony**   __1 count__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒      I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date:** 3/23/05      **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    MANUEL GERMOSEN _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

9

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**  II_____          **Investigating Agency**   DEA_____

**City**   Lynn_____          **Related Case Information:**

**County**   Essex_____          Superseding Ind./ Inf.   X_____          Case No.   04-10299 PBS
                                      Same Defendant    X_____          New Defendant _____
                                      Magistrate Judge Case Number      04-M-1685 CBS_____
                                      Search Warrant Case Number      04-M-1720 to 1730_____
                                      R 20/R 40 from District of      _____

**Defendant Information:**

Defendant Name   ABDALLAH HAMDAN_____          Juvenile:          ☐ Yes          X No

Alias Name   _____

Address   10 ROOSEVELT ST METHUEN MA_____

Birthdate:  1/17/76____  SS #  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  Sex:  MALE  Race:  Arabic_____          Nationalit  Palestinian_____

**Defense Counsel if known:**          Melvin Norris, Esq._____          Address  260 Boston Post Rd., Wayland, MA

Bar Number   _____

**U.S. Attorney Information:**

AUSA   Neil Gallagher_____          Bar Number if applicable          _____

**Interpreter:**          ☐ Yes          X No          List language and/or dialect:          _____

**Matter to be SEALED:**          Yes   X          No

          Warrant Requested          ☐ Regular Process          X In Custody

**Location Status:**

Arrest Date          5/1/04_____

X  Already in Federal Custody as of          _____  in          Wyatt Detention, Central Falls, RI_____ .
☐  Already in State Custody at _____  ☐ Serving Sentence          ☐ Awaiting Trial
☐  On Pretrial Release:   Ordered by:          _____  on          _____

**Charging Document:**          Complaint          ☐ Information          X Indictment

**Total # of Counts:**          ☐ Petty _____          ☐ Misdemeanor _____          ☐ X Felony ——4——

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date:   3/23/05_____          Signature of AUSA:   _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    ABDALLAH HAMDAN

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | DISTRIBUTION OF COCAINE | 3, 4, 5 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-hamdan.wpd - 2/7/02

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:** _MA_____    Category No. _____    **Investigating Agency** _DEA/MSP_____

**City** _Lynn/Peabody_____    **Related Case Information:**

**County** _Essex_____    Superseding Ind./ Inf. _X_____    Case No. ___04-10299-PBS____
Same Defendant ___x_____    New Defendant _____
Magistrate Judge Case Number ___04-m-1685-CBS____
Search Warrant Case Number ___04-m-1720 to 1730____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name _RICARDO MARTINEZ_____    Juvenile    ☐ Yes    ☒ No

Alias Name _Chorizo, Chon_____

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex _M_ Race: __Hispanic____ Nationality: _Dom Rep____

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** _Neil Gallagher_____    **Bar Number if applicable** _____

Interpreter:    ☒ Yes ☐ No    List language and/or dialect:    __Spanish_____

Matter to be SEALED:    ☐ Yes    ☒ No

☐ **Warrant Requested**    ☐ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ **in** _____ .
☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release:** **Ordered by** _____ **on**

**Charging Document:**    ☐ **Complaint**    ☐ **Information**    ☒ **Indictment**

**Total # of Counts:**    ☐ **Petty** _____    ☐ **Misdemeanor** _____    ☒ **Felony** _1 count____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 3/23/05    **Signature of AUSA:** _____

✎JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    __RICARDO MARTINEZ__ _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45  (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense:  MA                    Category No.                    Investigating Agency  DEA/MSP

City  Lynn/Peabody                    **Related Case Information:**

County    Essex                    Superseding Ind./ Inf.  X              Case No.    04-10299-PBS
                                   Same Defendant    x              New Defendant
                                   Magistrate Judge Case Number    04-m-1685-CBS
                                   Search Warrant Case Number    04-m-1720 to 1730
                                   R 20/R 40 from District of

**Defendant Information:**

Defendant Name  HOWARD GREENBERG                    Juvenile    ☐ Yes    ☒ No

Alias Name

Address

Birth date (Year only):          SSN (last 4 #):          Sex  M  Race:    Caucasian    Nationality:  US

**Defense Counsel if known:**    Roger Witkin                    **Address:**  6 Beacon Street, Ste 1010
                                                                              Boston, MA 02108
**Bar Number:**

**U.S. Attorney Information:**

AUSA  Neil Gallagher                    **Bar Number if applicable**

Interpreter:    ☐ Yes ☐ No                    List language and/or dialect:    Spanish

Matter to be SEALED:    ☐ Yes    ☒ No

  ☐ **Warrant Requested**          ☐ **Regular Process**          ☐ **In Custody**

**Location Status:**

**Arrest Date:**

☐ **Already in Federal Custody as**                    in                                        .
☐ **Already in State Custody**                    ☐ Serving Sentence    ☐ Awaiting Trial
☒ **On Pretrial Release:**    Ordered by  MJ Swartwood    on    May 2004

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty              ☐ Misdemeanor              ☒ Felony    1 count

**Continue on Page 2 for Entry of U.S.C. Citations**

☒      I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date: 3/23/05          Signature of AUSA:

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    <u>**HOWARD GREENBERG**</u> _____

**U.S.C. Citations**

| | <u>**Index Kev/Code**</u> | <u>**Description of Offense Charged**</u> | <u>**Count Numbers**</u> |
|---|---|---|---|
| Set 1 | <u>21 U.S.C. Sec. 846</u> | <u>Conspiracy to Distribute 5 Kg of Cocaine</u> | <u>Count One</u> |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**       **U.S. District Court - District of Massachusetts**

**Place of Offense:** __MA__    **Category No.** _____    **Investigating Agency** __DEA/MSP__

**City** __Lynn/Peabody__      **Related Case Information:**

**County** __Essex__      Superseding Ind./ Inf. __X__    Case No. __04-10299-PBS__
Same Defendant __x__    New Defendant _____
Magistrate Judge Case Number __04-m-1685-CBS__
Search Warrant Case Number __04-m-1720 to 1730__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __EDGAR HOFFENS__    Juvenile ☐ Yes ☒ No

Alias Name __Carlos Colon Rivera, Tigueron__

Address _____

Birth date (Year only): ____ SSN (last 4 #): ____ Sex __M__ Race: __Caucasian__ Nationality: __US__

**Defense Counsel if known:** __John Wall__    **Address:** __1 Commercial Wharf West__
__Boston, MA 02110__

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** __Neil Gallagher__    **Bar Number if applicable** _____

**Interpreter:** ☒ Yes ☐ No    **List language and/or dialect:** __Spanish__

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested**    ☐ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☒ **Already in Federal Custody as** _____ in _____ .
☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release:** **Ordered by** _____ **on** _____

**Charging Document:** ☐ Complaint ☐ Information ☒ Indictment

**Total # of Counts:** ☐ Petty ____ ☐ Misdemeanor ____ ☒ Felony __1 count__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

**Date:** 3/23/05      **Signature of AUSA:**

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    **EDGAR HOFFENS** _____

**U.S.C. Citations**

|  | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

☜JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**    **Category No.**  II _____    **Investigating Agency**  DEA _____

**City**   Lynn _____        **Related Case Information:**

**County**   Essex _____    Superseding Ind./ Inf.   X _____    Case No.   04-10299 PBS
Same Defendant    X _____    New Defendant _____
Magistrate Judge Case Number    04-M-1685 CBS
Search Warrant Case Number    04-M-1720 to 1730
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   ROGELIO GARCIA _____    Juvenile:    ☐ Yes    X No

Alias Name    LACUILLA AKA LACUILLA AKA LACUIJI AKA EL JAROCHO AKA LA COLADERA

Address    85 WALNUT AVE., REVERE, MA

Birthdate: 7/15/80 ____  SS # 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 ___ Sex:  MALE ___ Race:  Hispanic _____    Nationalit  USA

**Defense Counsel if known:**    James H. Budreau, Esq. _____    Address  20 Park Plaza, Boston, MA

Bar Number _____

**U.S. Attorney Information:**

AUSA   Neil Gallagher _____    Bar Number if applicable _____

**Interpreter:**    ☐ Yes    X No    List language and/or dialect: _____

**Matter to be SEALED:**    Yes  X    No

        Warrant Requested    X☐  Regular Process    In Custody

**Location Status:**

Arrest Date _____

  Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at ──────── ☐ Serving Sentence    ☐ Awaiting Trial
X On Pretrial Release:    Ordered by:  Mag. Judge Swartwood ___ on _____

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☐ X Felony ── 2 ───

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   3/23/05 _____    Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    ROGELIO GARCIA _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2  21 USC 841 | DIST. OF 5K COCAINE | 6 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-garcia.wpd - 2/7/02

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense:    MA                    Category No. _____    Investigating Agency  DEA/MSP

City    Lynn/Peabody                    **Related Case Information:**

County    Essex                    Superseding Ind./ Inf.    X                    Case No.    04-10299-PBS
                                     Same Defendant    x                    New Defendant
                                     Magistrate Judge Case Number    04-m-1685-CBS
                                     Search Warrant Case Number    04-m-1720 to 1730
                                     R 20/R 40 from District of

**Defendant Information:**

Defendant Name    JAVIER ANGEL ROMERO                    Juvenile    ☐ Yes    ☒ No

Alias Name    Ramon Acosta, the Singer

Address

Birth date (Year only): _____  SSN (last 4 #): _____  Sex  M  Race:  Hispanic    Nationality: _____

Defense Counsel if known:    **Ray Buso**                    Address:  **15 Church Street**
                                                            **Salem, MA 01970**
**Bar Number:**

**U.S. Attorney Information:**

AUSA  Neil Gallagher                    Bar Number if applicable

Interpreter:    ☒ Yes  ☐ No        List language and/or dialect:        Spanish

Matter to be SEALED:    ☐ Yes  ☒ No

        ☐ Warrant Requested        ☐ Regular Process        ☐ In Custody

Location Status:

Arrest Date:

☒ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by _____ on _____

Charging Document:    ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts:    ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony    1 count

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  3/23/05        Signature of AUSA: