✎ JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant     JAVIER ANGEL ROMERO** _____

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

/5

%JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:** _MA_    **Category No.** _____    **Investigating Agency** _DEA/MSP_

**City** _Lynn/Peabody_    **Related Case Information:**

**County** _Essex_    Superseding Ind./ Inf. _X_    Case No. _04-10299-PBS_
Same Defendant _x_    New Defendant _____
Magistrate Judge Case Number _04-m-1685-CBS_
Search Warrant Case Number _04-m-1720 to 1730_
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name _CHRISTIAN GERMOSEN_    Juvenile ☐ Yes ☒ No

Alias Name _____

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex _M_ Race: _Hispanic_ Nationality: _Dom. Rep._

**Defense Counsel if known:** **Michael Hickey**    **Address:** **15 Church Street**
**Salem, MA 01970**

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** _Neil Gallagher_    **Bar Number if applicable** _____

Interpreter: ☒ Yes ☐ No    List language and/or dialect: _Spanish_

Matter to be SEALED: ☐ Yes ☒ No

  ☐ **Warrant Requested**   ☐ **Regular Process**   ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☒ **Already in Federal Custody as** _____ **in** _____ .
☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release:  Ordered by** _____ **on** _____

**Charging Document:** ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony _1 count_

**Continue on Page 2 for Entry of U.S.C. Citations**

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: _3/23/05_    Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    **CHRISTIAN GERMOSEN** _____

## U.S.C. Citations

| <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|
| Set 1   21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

✎JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:** MA                  **Category No.** _____    **Investigating Agency** DEA/MSP

**City** Lynn/Peabody              **Related Case Information:**

**County** Essex                   Superseding Ind./ Inf.   X                Case No.   04-10299-PBS
                                   Same Defendant   x              New Defendant
                                   Magistrate Judge Case Number      04-m-1685-CBS
                                   Search Warrant Case Number      04-m-1720 to 1730
                                   R 20/R 40 from District of

**Defendant Information:**

Defendant Name   JUAN MARTINEZ                          Juvenile   ☐ Yes   ☒ No

Alias Name   Juan Eustate

Address

Birth date (Year only): _____ SSN (last 4 #): _____ Sex _M_ Race:   Hispanic   Nationality:  Mexican

**Defense Counsel if known:**                          **Address:**

**Bar Number:**

**U.S. Attorney Information:**

**AUSA** Neil Gallagher                          **Bar Number if applicable**

**Interpreter:**   ☒ Yes ☐ No          **List language and/or dialect:**      Spanish

**Matter to be SEALED:**   ☐ Yes   ☒ No

        ☐ **Warrant Requested**          ☐ **Regular Process**          ☐ **In Custody**

**Location Status:**

**Arrest Date:**      **FUGITIVE**

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony   1 count

Continue on Page 2 for Entry of U.S.C. Citations

☒      I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
       accurately set forth above.

Date: 3/23/05          Signature of AUSA:

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    **JUAN MARTINEZ** _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense:  MA                Category No. _____    Investigating Agency  DEA/MSP

City   Lynn/Peabody                **Related Case Information:**

County    Essex                Superseding Ind./ Inf.   X              Case No.   04-10299-PBS
                                Same Defendant     x            New Defendant _____
                                Magistrate Judge Case Number     04-m-1685-CBS
                                Search Warrant Case Number     04-m-1720 to 1730
                                R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   GERARDO VASSUER ORTIZ                Juvenile    ☐ Yes    ☒ No

Alias Name    Scarface

Address

Birth date (Year only): _____  SSN (last 4 #): _____  Sex  M  Race:   Hispanic     Nationality:  Mexican

**Defense Counsel if known:**    **Richard Welsh**            Address:  80 Worchester St., Ste 5
                                                North Grafton MA, 01536
**Bar Number:**

**U.S. Attorney Information:**

AUSA  Neil Gallagher                    Bar Number if applicable

Interpreter:        ☒ Yes ☐ No        List language and/or dialect:    Spanish

Matter to be SEALED:        ☐ Yes    ☒ No

    ☐ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

Arrest Date:

☒ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by _____ on _____

Charging Document:        ☐ Complaint        ☐ Information        ☒ Indictment

Total # of Counts:        ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony   1 count

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  3/23/05        Signature of AUSA:

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    GERARDO VASSUER ORTIZ    _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

✎JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**          <u>**U.S. District Court - District of Massachusetts**</u>

**Place of Offense:** __MA__       **Category No.** _____    **Investigating Agency** __DEA/MSP__

**City** __Lynn/Peabody__        **Related Case Information:**

**County**   __Essex__      Superseding Ind./ Inf. __X__     Case No.   __04-10299-PBS__
                      Same Defendant   __x__       New Defendant   _____
                      Magistrate Judge Case Number   __04-m-1685-CBS__
                      Search Warrant Case Number   __04-m-1720 to 1730__
                      R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name  __PHIL ASARO__              Juvenile    ☐ Yes    ☒ No

Alias Name _____

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex __M__ Race: __Caucasian__ Nationality: _____

**Defense Counsel if known:**   **Kirk Griffin**       **Address:**  **50 Standford Street**
                                                   **Boston, MA 02114**

**Bar Number:**    _____

**U.S. Attorney Information:**

**AUSA**  __Neil Gallagher__           **Bar Number if applicable**  _____

**Interpreter:**    ☐ Yes ☒ No      **List language and/or dialect:**  _____

**Matter to be SEALED:**    ☐ Yes   ☒ No

       ☐ **Warrant Requested**        ☐ **Regular Process**        ☐ **In Custody**

**Location Status:**

**Arrest Date:**  _____

☐ **Already in Federal Custody as**  _____ **in**  _____ .

☐ **Already in State Custody**  _____ ☐ **Serving Sentence**   ☐ **Awaiting Trial**

☒ **On Pretrial Release:**    **Ordered by**  __MJ Swartwood__    **on**   __May 2004__

**Charging Document:**    ☐ **Complaint**      ☐ **Information**      ☒ **Indictment**

**Total # of Counts:**    ☐ **Petty** _____ ☐ **Misdemeanor** _____ ☒ **Felony**  __1 count__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒     **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

**Date:**  __3/23/05__       **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** __PHIL ASARO__

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

Place of Offense:    MA                          Category No.                          Investigating Agency   DEA/MSP

City    Lynn/Peabody                             **Related Case Information:**

County     Essex                                 Superseding Ind./ Inf.    X                          Case No.    04-10299-PBS
                                                 Same Defendant    x              New Defendant
                                                 Magistrate Judge Case Number    04-m-1685-CBS
                                                 Search Warrant Case Number    04-m-1720 to 1730
                                                 R 20/R 40 from District of

**Defendant Information:**

Defendant Name   SILVESTRE LIZARDI                          Juvenile    ☐ Yes    ☒ No

Alias Name

Address

Birth date (Year only):          SSN (last 4 #):          Sex  M  Race:    Hispanic        Nationality:

Defense Counsel if known:    **Michael Sneider**                  Address:  **95 Commercial Wharf**
                                                                             **Boston, MA 2110**
**Bar Number:**

**U.S. Attorney Information:**

AUSA   Neil Gallagher                                    Bar Number if applicable

Interpreter:        ☒ Yes  ☐ No              List language and/or dialect:        Spanish

Matter to be SEALED:        ☐ Yes    ☒ No

            ☐ Warrant Requested              ☐ Regular Process              ☐ In Custody

**Location Status:**

**Arrest Date:**

☒ Already in Federal Custody as                          in                          .
☐ Already in State Custody                     ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by   MJ Swartwood              on    May 2004

Charging Document:        ☐ Complaint          ☐ Information          ☒ Indictment

Total # of Counts:        ☐ Petty              ☐ Misdemeanor          ☒ Felony    1 count

**Continue on Page 2 for Entry of U.S.C. Citations**

☒        I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
         accurately set forth above.

Date:    3/23/05                  Signature of AUSA:

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    SILVESTRE LIZARDI _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**              **Category No.** __II__          **Investigating Agency** __DEA__

**City**    Lynn                      **Related Case Information:**

**County**    Essex                  Superseding Ind./ Inf.    __X__          Case No.   04-10299 PBS
                                     Same Defendant    __x__          New Defendant _____
                                     Magistrate Judge Case Number      04-M-1685 CBS
                                     Search Warrant Case Number      04-M-1720 to 1730
                                     R 20/R 40 from District of      _____

**Defendant Information:**

Defendant Name    ROBERT V. RUSCIO                    Juvenile:    ☐ Yes    X No

Alias Name

Address    286 NEWBURY ST., PEABODY, MA

Birthdate: 7/15/51    SS # 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  Sex: MALE  Race: White          Nationalit USA

**Defense Counsel if known:**    Edward L. Hayden, Esq.    Address 7 Franklin St., Lynn, MA

Bar Number

**U.S. Attorney Information:**

AUSA    Neil Gallagher                    Bar Number if applicable

**Interpreter:**    ☐ Yes    X No        List language and/or dialect:

**Matter to be SEALED:**        Yes  X    No

    \ Warrant Requested        X☐  Regular Process        In Custody

**Location Status:**

Arrest Date

    Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at ──────────── ☐ Serving Sentence    ☐ Awaiting Trial
X  On Pretrial Release:    Ordered by:    Mag. Judge Swartwood    on

**Charging Document:**        Complaint        ☐ Information        X Indictment

**Total # of Counts:**    ☐ Petty ────── ☐ Misdemeanor ────── X☐ Felony ── 2 ──

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.**

Date:    3/23/05        Signature of AUSA:

JS 45  (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    ROBERT V. RUSCIO

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 856 | MAINT. PLACE FOR DRUG PURPOSES | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:** __MA__          **Category No.** _____          **Investigating Agency** __DEA/MSP__

**City** __Lynn/Peabody__          **Related Case Information:**

**County**   __Essex__

Superseding Ind./ Inf.   __X__          Case No.   __04-10299-PBS__
Same Defendant   __x__          New Defendant
Magistrate Judge Case Number   __04-m-1685-CBS__
Search Warrant Case Number   __04-m-1720 to 1730__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  __GIOVANI AVILA__          Juvenile    ☐ Yes    ☒ No

Alias Name _____

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex __M__ Race: __Hispanic__ Nationality: _____

**Defense Counsel if known:**    __Michael Natola__          **Address:** __240 Commerical Street, Ste 2B__
__Boston, MA 02109__

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  __Neil Gallagher__          **Bar Number if applicable** _____

**Interpreter:**    ☐ Yes ☒ No          **List language and/or dialect:** _____

**Matter to be SEALED:**    ☐ Yes    ☒ No

  ☐ **Warrant Requested**          ☐ **Regular Process**          ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ **in** _____ .
☐ **Already in State Custody** _____    ☐ **Serving Sentence**    ☐ **Awaiting Trial**
☒ **On Pretrial Release:**    Ordered by __MJ Swartwood__    **on**   __May 2004__

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony   __1 count__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date:** __3/23/05__          **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** ___GIOVANI AVILA___

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense:  __MA__        Category No. _____    Investigating Agency __DEA/MSP__

City  __Lynn/Peabody__                **Related Case Information:**

County  __Essex__                    Superseding Ind./ Inf.  __X__            Case No.  __04-10299-PBS__
                                     Same Defendant  __x__        New Defendant _____
                                     Magistrate Judge Case Number  __04-m-1685-CBS__
                                     Search Warrant Case Number  __04-m-1720 to 1730__
                                     R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name  __GILBERTO ZAYAS__            Juvenile    ☐ Yes    ☒ No

Alias Name  __Cumbia King, Tony__

Address  _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex __M__ Race: __Hispanic__ Nationality: _____

**Defense Counsel if known:**  __Raymond E. Gillespie__    Address: __875 Massachusetts Ave, Ste 32__
                                                           __Cambridge, MA 02139__
**Bar Number:**  _____

**U.S. Attorney Information:**

AUSA __Neil Gallagher__                Bar Number if applicable _____

Interpreter:    ☒ Yes  ☐ No        List language and/or dialect:    __Spanish__

Matter to be SEALED:    ☐ Yes  ☒ No

        ☐ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date:**  _____

☐ Already in Federal Custody as  _____ in  _____ .
☐ Already in State Custody  _____ ☐ Serving Sentence  ☐ Awaiting Trial
☒ On Pretrial Release:    Ordered by __MJ Swartwood__    on  __May 2004__

**Charging Document:**    ☐ Complaint      ☐ Information      ☒ Indictment

**Total # of Counts:**    ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  __1 count__

                    **Continue on Page 2 for Entry of U.S.C. Citations**

☒        I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
        accurately set forth above.

Date:  __3/23/05__                Signature of AUSA: _____