UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No: 04-10299-PBS

```
* * * * * * * * * * * * * * * *
                               *
                               *
                               *
UNITED STATES OF AMERICA       *
                               *
                               *
                               *
                               *
         v.                    *
                               *
                               *
                               *
LUZ LUCIANO, et.al.            *
                               *
                               *
                               *
                               *
* * * * * * * * * * * * * * * *
```

**JOINT MOTION TO CONTINUE HEARING ON DEFENDANT
PHILIP ASARO'S MOTION TO SUPPRESS**

The defendant, Philip Asaro, and the attorney for the government in the above-captioned cause, jointly move for a continuance of the hearing scheduled for 3:00 p.m. on January 13, 2006.

And as reasons therefore, undersigned counsel represent to the court that:

(01) Defense counsel injured his back in at the end of

1

December, 2005, and has only been able to work at a minimal pace to date. As a result, the motion at issue has not been filed.

(02) Various discovery matters on issues relevant to the motion have also not been completed to date.

(03) The motion relates to the conduct and product of a search of the defendant's residence on the date of his arrest.

(04) The motion is not dispositive in nature and will not affect the scheduled joint trial date of February 27, 2006.

WHEREFORE, the parties jointly move that the hearing presently scheduled for January 13, 2006 be continued to February 8, 9 or 10, 2006. A similar allotted hearing time of two hours is also requested.

| UNITED STATES OF AMERICA<br>By its attorney, | PHILIP ASARO<br>By his attorney, |
|---|---|
| AUSA Neil J. Gallagher, Jr.<br>Office of the United States Attorney<br>1 Courthouse Way (Suite 9200)<br>Boston, MA 02210<br>617.748.3397 | Kirk Y. Griffin<br>50 Staniford Street<br>Boston, MA 02114<br>BBO 211720<br>617.367.0966 |