UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>LUZ LUCIANO, et al.  ) | Criminal No. 04-10299-PBS |

**NOTICE OF APPEARANCE**

  Now comes the undersigned Assistant United States Attorney and hereby gives notice of her appearance as counsel for the United States of America in the captioned matter.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

    By: /s/ *Sandra S. Bower*
       SANDRA S. BOWER
       Assistant U.S. Attorney
       United States Attorney's Office
       One Courthouse Way, Suite 9200
       Boston, MA 02210
       (617) 748-3184

Dated: January 17, 2006

CERTIFICATE OF SERVICE

    I, Sandra S. Bower, do hereby certify that I caused a copy of the foregoing to be served by electronic filing and first-class mail, postage paid, upon counsel of record.

                                          /s/: *Sandra S. Bower*
                                          SANDRA S. BOWER
                                          Assistant U.S. Attorney

Dated: January 17, 2006