UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                )     CRIMINAL NO. 04-10299-PBS
            v.                  )
                                )
MARIA ESCOBAR, ET AL.,          )
        Defendants              )
                                )

**Government's Assented-To Motion To Continue Motion
Hearing And Trial As To Defendant Phillip Asaro**

The United States of America, by Michael J. Sullivan, United
States Attorney, and Michael J. Pelgro, Assistant U.S. Attorney,
hereby files this assented-to motion to continue the motion
hearing and the trial as to defendant Phillip Asaro (No. 18) in
the above-captioned action.  The Court has scheduled a hearing on
this defendant's motion to suppress for Tuesday, January 31,
2006.[1]  The Court has scheduled the trial of this defendant for
Monday, February 27, 2006.

In support of this motion, the government states that AUSA
Neil Gallagher is lead counsel on this case for the government.
The undersigned spoke by telephone yesterday afternoon to AUSA
Gallagher, who stated that his wife had gone into labor with
their first child (she was due on February 1, 2006) and that he
would be unable to be present at the above-referenced motion
hearing.  The undersigned has been unable to reach AUSA Gallagher

---

[1]This defendant's motion to suppress was filed on Friday,
January 27, 2006 and appears on the Court's docket as Entry No.
256.

since yesterday afternoon.  Accordingly, due to the birth of his child, AUSA Gallagher will be unable to be present in court on January 31, 2006 in order to conduct the evidentiary hearing on this defendant's motion.[2]

The undersigned spoke this afternoon to Attorney Kirk Griffin, counsel for defendant Phillip Asaro.  Attorney Griffin assented to the allowance of this motion to continue the motion hearing.

The government additionally requests that the Court continue the trial from February 27, 2006 to July 10, 2006, when certain other defendants in this case are scheduled to go to trial.  A continuance of the trial date will give the Court greater flexibility in the scheduling of the evidentiary hearing on this defendant's motion to suppress.  Attorney Griffin has also assented to the allowance of this motion to continue the trial date.

For the above reasons, therefore, the government respectfully requests that the Court continue the trial as to defendant Phillip Asaro from February 27, 2006 to July 10, 2006 and that it continue the motion hearing from January 31, 2006 to a convenient date prior to July 10, 2006.

---

[2]AUSA Sandra Bower has been added to this case as a second prosecutor.  AUSA Bower, however, started a jury trial this morning before Judge Tauro, who sits full days (i.e., until 4:00 p.m.).  That trial, United States v. John Pakala, Criminal No. 03-10317-JLT, is expected to go into next week.

The government additionally requests that the Court exclude the time from January 31, 2006 to whatever date the Court selects for the motion hearing for purposes of the Speedy Trial Act. A continuance due to the medical condition of the prosecutor's wife and requiring the presence of the prosecutor clearly meets the ends-of-justice exception and is warranted under 18 U.S.C. § 3161(h)(8).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:    /s/Michael J. Pelgro
Michael J. Pelgro
Assistant U.S. Attorney

DATED:    January 30, 2006.

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that a paper copy will be sent to those indicated as non-registered participants on January 30, 2006.

/s/Michael J. Pelgro
Michael J. Pelgro
Assistant U.S. Attorney

3