UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

           CRIMINAL ACTION
           NO.  04-10299-PBS

v.

PHILLIP ASARO

## NOTICE OF RULE 11 HEARING

SARIS, U.S.D.J.                                                                       June 19, 2006

      TAKE NOTICE that the above-entitled case has been set for a Rule 11 Hearing on **July 6, 2006**, at **2:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

                                                                 By the Court,

                                                                _/s/ Robert C. Alba__
                                                                Deputy Clerk

Copies to:  All Counsel