UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
In Open Court
USDC, Mass.
Date 7/10/06
By
Deputy Clerk

Docket No: 04-10299-PBS

* * * * * * * * * * * * * * *
                              *
                              *
                              *
                              *
UNITED STATES OF AMERICA      *
                              *
                              *
                              *
                              *
         v.                   *
                              *
                              *
                              *
LUZ LUCIANO, et.al.           *
                              *
                              *
                              *
* * * * * * * * * * * * * * *

**DEFENDANT PHILIP ASARO'S MOTION TO
CONTINUE ON BAIL RELEASE PENDING SENTENCING
(UNOPPOSED)**

The defendant, Philip Asaro, moves pursuant to 18 USC 3143 that he be released on the same terms and conditions of bail pending sentencing.

And as reasons therefore, the defendant represents to the

[Handwritten margin note, dated 7/7/06:] allowed with modifications. Deft. released until imposition of sentence. Deft. shall not gamble or travel or consume any state or court-issued alcoholic beverages of any kind without observance of permission of Pretrial Services. /s/ [Judge signature]

court that:

(01) The defendant he is not likely to flee or pose a danger to the safety of any other person or the community if his release is permitted to continue.

(02) The defendant's conduct while on bail for over two years has been without incident. Under the terms and conditions of his current release, he is authorized unlimited travel without prior notice to Foxwoods Casino in Connecticut for purposes of gambling. Professional gambling is one of the defendant's forms of employment.

(03) In connection with invitations to the defendant to participate in international blackjack tournaments, while on bail the defendant has been authorized to leave the United States, with his passport, on two occasions.

(04) The defendant is also the president of JCH Enterprises, a trucking concern, and needs additional time to get that undertaking on a sustained basis.

(05) Undersigned counsel is authorized to report that the attorney for the government, AUSA Neil J. Gallagher, has no objection to the allowance of the within motion.

WHEREFORE, the defendant respectfully moves that the court continue his release on current terms and conditions pending sentencing.

|  |  |
|---|---|
|  | PHILIP ASARO<br>By his attorney, |
| DATED: July 6, 2006 | Kirk Y. Griffin<br>50 Staniford Street<br>Boston, MA 02114<br><br>BBO No. 211720<br><br>617.367.0966 |