UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION<br>NO.  04-10299-PBS |
| v. | |
| PHILLIP ASARO | |

### NOTICE OF RESCHEDULED SENTENCING

SARIS, U.S.D.J.                                                                                          July 27, 2006

The Sentencing previously scheduled for October 4, 2006 has been **rescheduled** to **October 10, 2006, at 4:00 p.m.**

By the Court,

  /s/ Robert C. Alba
Deputy Clerk

Copies to:  All Counsel

resched.ntc