Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CR No. 04-10299-PBS |
|---|---|
| DEFENDANT<br>Phillip Asaro et al. | TYPE OF PROCESS **Preliminary Order of Forfeiture** |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>**PUBLICATION**<br>ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code) |
|---|---|

FILED
CLERKS OFFICE
2006 SEP 15 P 3:34
U.S. DISTRICT COURT
DISTRICT OF MASS

RECEIVED
U.S. MARSHALS SERVICE
BOSTON, MA
AUG -4 A 10:02

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

Jennifer H. Zacks, Assistant U.S. Attorney
United States Attorney's Office
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

Please publish the attached Notice of Order of Forfeiture at least once for three (3) successive weeks in the Boston Herald or any other newspaper of general circulation in the District of Massachusetts, in accordance with the attached Preliminary Order of Forfeiture and applicable law.   JMD x3296

Signature of Attorney or other Originator requesting service on behalf of:
*Jennifer H. Zacks / JMD*
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER (617) 748-3100
DATE August 2, 2006

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process No.
District of Origin No. 38
District to Serve No. 38
Signature of Authorized USMS Deputy or Clerk
Date 8/3/06

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above).

Address (complete only if different than shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service 9/8/06  Time ___ am/pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or Amount or Refund |
|---|---|---|---|---|---|

REMARKS: Advertised in the Boston Herald on Aug 8, Aug 15, and Aug 22

(9)

PRIOR EDITIONS MAY BE USED
**1. CLERK OF THE COURT**
FORM USM 285 (Rev. 12/15/80)

☐ USMS RECORD   ☐ NOTICE OF SERVICE   ☐ BILLING STATEMENT   ☐ ACKNOWLEDGMENT OF RECEIPT