Law Offices of
# KIRK Y. GRIFFIN

*50 Staniford Street • P.O. Box 8190*
*Boston, Massachusetts 02114*

Tel (617) 367-0966

FAX NO. (617) 367-6736

* * * * * * * * * * * * * * * * * * * * * * * * * * *

DATE: October 6, 2006

FROM: Secretary to Kirk Y. Griffin
Anne Mulligan

THIS INFORMATION
IS FOR: AUSA Neil J. Gallagher, Jr.

RE: Ind. No. 04 CR 10299-S
United States v. Philip Asaro

SPECIAL INSTRUCTIONS: Mr. Griffin asked me to e-mail the enclosed Defendant's Motion for Continuance of Sentencing (Assented to)

NUMBER OF PAGES INCLUDING COVER PAGE: -04-

****CONFIDENTIALITY NOTE****

The documents accompanying this E-mail transmission contain information from the law firm of Krulewich, Casher, P.C. which may be confidential or privileged. The information is intended to be for the use of the individual or entity named on this transmission sheet only.

If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this telecopied information is prohibited. If you have received this telecopy in error, please notify us by telephone immediately so that we can arrange for the retrieval of the original documents at no cost to you.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                          IND. NO. 04 CR 10299-S

PHILIP ASARO, et.al.

### DEFENDANT'S MOTION FOR CONTINUANCE OF SENTENCING (ASSENTED TO)

The defendant, Philip Asaro, in the above-captioned cause, moves for a continuance of his sentencing hearing presently scheduled for October 10, 2006. The defendant requests a continuance to a date on or after November 14, 2006 convenient to the court's scheduling.

And as reasons therefore, undersigned counsel represents to the court that:

1.  Probation Officer Tricia Marcy has identified several issues in her draft Presentence Report that are likely to lead to contested matters at the time of sentencing. One of them requires the defendant's efforts

in state court to insure his qualification for the safety valve provision os the USSG. That undertaking will not be completed by October 10, 2006.

2. Undersigned counsel's sister was diagnosed on August 10, 2006 with lung cancer. Counsel's sister is single, a resident of Connecticut, and significantly dependent on counsel for assistance in consequence of this development. In the interim from August 10, 2006 she has undergone exploratory surgery and a five week course of combined chemotherapy and radiation will commence on October 9, 2006.

3. The domino effect of those events on counsel's schedule has left him with insufficient time to be as prepared as necessary for the sentencing hearing.

4. Undersigned counsel has conferred with AUSA Neil J. Gallagher, Jr., the attorney for the government, and is authorized to report that he has no objection to the allowance of the within motion.

WHEREFORE, the defendant respectfully moves that the court continue

the defendant's sentencing hearing from October 10, 2006, to a date of the court's convenience on or after November 14, 2006.

DATED: October 2, 2006

PHILIP ASARO
By his attorney,

/s/ Kirk Y. Griffin
Kirk Y. Griffin
50 Staniford Street
Boston, MA 02114

BBO 211720

617.367.0966