```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
          v.                  )
                              )    Criminal No. 04-10299-PBS
                              )
PHILLIP ASARO, et al.,        )
          Defendants.         )
```

**UNITED STATES' MOTION FOR FINAL ORDER OF FORFEITURE**

The United States, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves that this Court issue a Final Order of Forfeiture in the above-captioned case pursuant to 21 U.S.C. §853. A proposed Final Order of Forfeiture is submitted herewith. In support thereof, the United States sets forth the following:

1. On March 23, 2005, a federal grand jury sitting in the District of Massachusetts returned a nine-count Second Superseding Indictment charging Phillip Asaro (the "Defendant") and others with, <u>inter</u> <u>alia</u>, Conspiracy to Distribute Cocaine, in violation of 21 U.S.C. §846 (Count One).[1]

2. The Second Superseding Indictment also contained a Forfeiture Allegation pursuant to 21 U.S.C. §853. The Forfeiture Allegation of the Second Superseding Indictment sought forfeiture, pursuant to 21 U.S.C. §853, of any and all property constituting, or derived from, any proceeds the Defendant obtained, directly or

---

[1] The remaining counts of the Indictment did not name the Defendant.

indirectly, as a result of such offenses, and/or any property used and/or intended to be used, in any manner or part, to commit, or to facilitate the commission of, any such violations, including, but not limited to, $25,300.00 in U.S. Currency seized from the Defendant on or about May 1, 2004.

3. The forfeiture allegation also provided that if any forfeitable assets, as a result of any act or omission of the Defendant, (a) cannot be located upon the exercise of due diligence; (b) have been transferred or sold to, or deposited with, a third party; (c) have been placed beyond the jurisdiction of the Court; (d) have been substantially diminished in value; or (e) have been commingled with other property which cannot be subdivided without difficulty, that it was the intention of the United States, pursuant to Title 21 U.S.C. §853(p), to seek forfeiture of any other property of the Defendant up to the value of such forfeitable assets.

4. On July 6, 2006, the Defendant pled guilty to Count One of the Second Superseding Indictment pursuant to a written plea agreement and agreed to forfeit $23,500.00 (the "Currency") of the $25,300.00 seized from the Defendant on May 1, 2004.

5. On July 28, 2006, this Court issued a Preliminary Order of Forfeiture against the Defendant's interest in the Currency.

6.   On August 8, 2006, August 15, 2006 and August 22, 2006, a Notice of Order of Forfeiture was published in the Boston Herald newspaper pursuant to 21 U.S.C. §853(n).  In addition, notice of the Preliminary Order of Forfeiture was served on the following people:

   a)   Phillip Asaro, 238 School Street, Somerville, MA 02143; and

   b)   Kirk Y. Griffin, Esquire, 50 Staniford Street, 8th Floor, Boston, MA 02114.

7.   No claims of interest in the Currency have been filed with the Court or served on the United States Attorney's Office, and the time within which to do so expired on September 22, 2006.

WHEREFORE, the United States respectfully moves that this Court enter a Final Order of Forfeiture against the Currency in the form submitted herewith.

A proposed Order is submitted herewith for the convenience of the Court.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By:   /s/ Kristina E. Barclay
     NEIL J. GALLAGHER
     KRISTINA E. BARCLAY
     Assistant U.S. Attorneys
     1 Courthouse Way, Suite 9200
     Boston, MA 02210
     (617) 748-3100

Date: October 20, 2006

**CERTIFICATE OF SERVICE**

    I, Kristina E. Barclay, Assistant U.S. Attorney, hereby certify that the foregoing was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                            /s/ Kristina E. Barclay
                                            KRISTINA E. BARCLAY
                                            Assistant U.S. Attorney

Date: October 20, 2006