UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No: 04-10299-PBS

```
* * * * * * * * * * * * * * * *
                               *
                               *
                               *
UNITED STATES OF AMERICA       *
                               *
                               *
                               *
                               *
           v.                  *
                               *
                               *
                               *
LUZ LUCIANO, et.al.            *
                               *
                               *
                               *
* * * * * * * * * * * * * * * *
```

DEFENDANT PHILIP ASARO'S
MOTION TO CONTINUE SENTENCING

The defendant, Philip Asaro, in the above-captioned cause, moves that the court continue his sentencing hearing presently scheduled for January 18, 2007 to a date of the court's convenience on or after February 12, 2007.

And as reasons therefore, undersigned counsel represents to the court that:

(01)    The defendant's postconviction collateral challenge to a Somerville District Court conviction has not concluded. As more particularly detailed in the presentence report authored by Probation Officer Tricia Marcy (P. 16), the record evidence of this 1996 conviction disqualifies the defendant from the "safety valve" provisions of USSG Section 5C1.2 on the basis of his consequent criminal history.

(02)    The court has previously expressed its procedural preference that the issue be resolved prior to imposing sentence.

(03)    Undersigned counsel believes the matter can be resolved in state court by February 12, 2007.

WHEREFORE, the defendant respectfully moves that the court continue the sentencing hearing scheduled for January 18, 2007 to on or after February 12, 2007.

PHILIP ASARO
By his attorney,

DATED: January 16, 2007

Kirk Y. Griffin
50 Staniford Street
Boston, MA 02114

BBO No. 211720

617.367.0966

2

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Kirk Y. Griffin