UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No: 04-10299-PBS

```
* * * * * * * * * * * * * * *
                              *
                              *
                              *
UNITED STATES OF AMERICA      *
                              *
                              *
                              *
                              *
          v.                  *
                              *
                              *
                              *
LUZ LUCIANO, et.al.           *
                              *
                              *
                              *
* * * * * * * * * * * * * * *
```

### DEFENDANT PHILIP ASARO'S
### MOTION TO ALLOW VOLUNTARY SURRENDER

The defendant, Philip Asaro, in the above-captioned cause, moves that the court permit him to self-report to the institution designated by the Federal Bureau of Prisons ("BOP").

And as reasons therefore, undersigned counsel represents to the court that:

(01)    The defendant has been on release for almost three years and there have been no violations. It is anticipated that prior to the sentencing hearing scheduled for February 13, 2007,

the defendant will not be subject to a minimum mandatory sentence of five years confinement.

(02)    The court has the authority to order release "pending...execution of sentence" pursuant to 18 USC 3143(a).

(03)    Self-reporting under the applicable provision of the BOP's classification procedures allows for a three point reduction from the defendant's ultimate security point total.

> **5. VOLUNTARY SURRENDER** This item allows for the subtraction of three points from the Security Point Total...when the Judgment indicates the inmate was allowed to voluntarily surrender. For purposes of this item, voluntary surrender means the inmate was not escorted by a law enforcement officer to either the U.S. Marshals Office or the place of confinement. Additionally, this item applies only to post-sentencing voluntary surrender, and does not include cases where the inmate surrendered to the U.S. Marshals on the same day as sentencing. Voluntary Surrender credit may only be applied to the initial term of confinement....
> Chapter 4, pp. 5-6: BOP Program Statement P5100.08, **Inmate Security Designation and Custody Classification** (09/12/2006)

(04)     A lower security calculation does not impact the length of the defendant's sentence, but does beneficially affect various conditions and programs offered by the BOP.

WHEREFORE, the defendant respectfully moves that he be allowed to self-report to his designated BOP institution for the execution of any sentence the court imposes.

DATED: February 12, 2007

PHILIP ASARO
By his attorney,

Kirk Y. Griffin
50 Staniford Street
Boston, MA 02114

BBO No. 211720

617.367.0966

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Kirk Y. Griffin