## DISCHARGE OF MORTGAGE

I, Sarah Allison Thornton, Clerk of Court, United States District Court for the District of

Massachusetts, holder of a mortgage from Nella Asaro and Philip Asaro to the Clerk of the

United States District Court for the District of Massachusetts, for property located at 28 School

Street , Somerville Ma. 02145 dated June 8, 2004 and recorded in the official records of the

Middlesex County Registry of Deeds at book 42996 and page 396 acknowledge satisfaction of

the same.

hand and seal this ___ day of _____ , 200__.

_____
Sarah Allison Thornton, Clerk
United States District Court
District of Massachusetts

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

Date: _____

Then personally appeared Sarah Allison Thornton, Clerk, and acknowledged the forgoing

to be her free act and deed before me.

_____
Notary Public
My commission expires: 10/4/13



NANCY M. CASHMAN
Notary Public
Commonwealth of Massachusetts
My Commission Expires
October 11, 2013